**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Aviron Pictures, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4520988** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **355 S. Grand Avenue** <br> **Suite 1450** <br> **Los Angeles, CA 90071** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| Debtor | **Aviron Pictures, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Aviron Pictures, LLC**
Name _____    Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2020**
MM / DD / YYYY

X _____    **Thomas J. Lynch**
Signature of authorized representative of debtor    Printed name

Title    **Manager** _____

---

**18. Signature of attorney**

X **/s/ Hamid R. Rafatjoo** _____    Date    **September 28, 2020**
Signature of attorney for debtor    MM / DD / YYYY

**Hamid R. Rafatjoo 181564**
Printed name

**Raines Feldman LLP**
Firm name

**1800 Avenue of the Stars**
**12th Floor**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 440-4100**    Email address    **hrafatjoo@raineslaw.com**

**181564 CA**
Bar number and State

Debtor    **Aviron Pictures, LLC**
Name                                                                    Case number (if known)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter    **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Aviron 1701, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Aviron 1702, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Aviron 1704, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Aviron 1705, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Aviron 1706, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Aviron 1801, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Aviron Capital, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **MAA Releasing, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **9/28/20** | Case number, if known | |
| Debtor | **Temerity Trust Management, LLC** | | Relationship to you | **Affiliate** |
| District | **Central** | When **6/01/20** | Case number, if known | **2:20-bk-15015-BR** |

WRITTEN CONSENT OF
THE MANAGER OF
AVIRON PICTURES, LLC
A DELAWARE LIMITED LIABILITY COMPANY

The undersigned manager (the "**Manager**") of Aviron Pictures, LLC, a Delaware limited liability company (the "**Company**"), acting pursuant to the laws of Delaware and the provisions of the limited liability company agreement of the Company as amended from time to time and as deemed modified pursuant to orders issued in favor of BlackRock Multi-Sector Income Trust in that certain lawsuit entitled BlackRock Multi-Sector Income Trust v. Aviron Group, LLC and others, Supreme Court of the State of New York, County of New York, Commercial Division, Index No. 657496/2109 (Ostrager, J.) (the "**LLC Agreement**"), hereby consents to the adoption of the following resolutions by this written consent (the "**Written Consent**").

RESOLVED, that a Petition under the provisions of Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") shall be filed by the Company with the United States Bankruptcy Court., Central District of California (the "**Bankruptcy Court**"), on September 28, 2020 or such other date as is determined to be optimal for the Company by the Manager (the "**Petition Date**");

FURTHER RESOLVED, that Thomas J. Lynch and Reece Fulgham are hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 7 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 7 bankruptcy case on the Petition Date;

FURTHER RESOLVED, that Thomas J. Lynch and Reece Fulgham are authorized and directed on behalf of and in the name of the Company to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds, and to review, execute and file and to cause bankruptcy counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists, papers, documents, reports, motions, applications and other pleadings in connection with the Company's bankruptcy case; and

FURTHER RESOLVED, that the Company hereby retains the law firm of Raines Feldman LLP as bankruptcy counsel for the Company.

Dated: September 28, 2020                AVIRON PICTURES, LLC

By: _____

Thomas J. Lynch
Manager

2717254.1

**Fill in this information to identify the case:**

Debtor name    **Aviron Pictures, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**September 28, 2020**__    X _____
                                           Signature of individual signing on behalf of debtor

                                       **Thomas J. Lynch**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Los Angeles                              , California.

Date:     **September 28, 2020**

Thomas J. Lynch
Signature of Debtor 1

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                        *Page 1*        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Aviron Pictures, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................    $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................    $          475,648.52

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $          475,648.52

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $         64,586,936.94

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $           3,099.06

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$        45,901,551.40

4.   Total liabilities ........................................................................................
   Lines 2 + 3a + 3b                                                                              $         110,491,587.40

**Fill in this information to identify the case:**

Debtor name    **Aviron Pictures, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase** | **Checking** | 6383 | $849.94 |
| 3.2. | **First Republic Bank** | | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $849.94

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Aviron Pictures, LLC** | | Case number *(If known)* | |
| | Name | | | |

| 11b. Over 90 days old: | 15,877,726.71 | - | 15,402,928.13 | = .... | $474,798.58 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$474,798.58

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Aviron Pictures, LLC**
Name

Case number *(If known)*

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Aviron Pictures, LLC**                                     Case number *(If known)* _____
        <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $849.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $474,798.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $475,648.52 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $475,648.52 |

**Fill in this information to identify the case:**

Debtor name    **Aviron Pictures, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Cairn Special Opportunities Credit**<br><sub>Creditor's Name</sub> | **Describe debtor's property that is subject to a lien**<br>**UCC-1** | **$0.00** | **$0.00** |

**Master Fund Limited
27 Knightsbridge
LONDON
GREAT BRITAIN**
<sub>Creditor's mailing address</sub>

**Describe the lien**

<sub>Creditor's email address, if known</sub>

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**   **Loeb & Loeb LLP**<br><sub>Creditor's Name</sub> | **Describe debtor's property that is subject to a lien**<br>**Counsel for Noriva Capital LLC**<br>**For Notice Purposes Only** | **$0.00** | **$0.00** |

**Attn: Scott Edel
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067**
<sub>Creditor's mailing address</sub>

**Describe the lien**

<sub>Creditor's email address, if known</sub>

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Aviron Pictures, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3  Noriva Capital LLC**
Creditor's Name

**477 Madison Ave., 6th Floor**
**Attn: Idan Shani**
**New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Guaranty and Security Agreement, Pledge and Security Agreement, Credit Agreement**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$64,586,936.94        $0.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4  Pachulski Stang Ziehl & Jones**
Creditor's Name

**Attn: Jeremy V. Richards**
**10100 Santa Monica Blvd.**
**13th Floor**
**Los Angeles, CA 90067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Counsel for Noriva Capital LLC**
**For Notice Purposes Only**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00        $0.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $64,586,936.94

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor    **Aviron Pictures, LLC**
          Name                                                                Case number (*if known*)

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name     **Aviron Pictures, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Beverly Hills**<br>**PO Box 844731**<br>**Los Angeles, CA 90084** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**County of Los Angeles**<br>**Office of the Assessor**<br>**6120 Bristol Parkway**<br>**Culver City, CA 90230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| Debtor | **Aviron Pictures, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**Sacramento, CA 94280-0001** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,840.06** | **$0.00** |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**P.O. Box 942857**<br>**Sacramento, CA 94257-0531** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Aviron Pictures, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 | $259.00 |
|---|---|---|---|---|

**Secretary of State**
**300 S. Spring Street**
**Los Angeles, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Delaware**
**P.O. Box 5509**
**Binghamton, NY 13902-5509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Securities and Exchange**
**Comm.**
**Attn: Bankruptcy Counsel**
**444 South Flower Street, Suite 900**
**Los Angeles, CA 90071-9591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Aviron Pictures, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**#FACEBYTRACE**
**12147 Morrison Street**
**Valley Village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,583.28** |
|---|---|---|---|

**20th Century Fox**
**10201 W. Pico Blvd**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,148.25** |
|---|---|---|---|

**42west, LLC**
**600 3rd Ave FL 23**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**A.S.K. Film Consulting**
**15 Wildflower Ct.**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**AARP**
**Treasury Office**
**601 E St NW A8-101**
**Washington, DC 20049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.00** |
|---|---|---|---|

**ABM Parking Services**
**9100 Wilshire Blvd., Suite 665E**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Parks**
**3700 Los Feliz Blvd., #7**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,868.75** |
|---|---|---|---|

**After Productions LLC**
**844 Seward St,**
**First Floor**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,598.00** |
|---|---|---|---|

**Alamo South Lamar LP**
**612A East 6th Street**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alan M. Mirman, Esq.**
**Mirman, Bubman & Nahmias, LLP**
**21800 Burbank Blvd., Suite 360**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation - Counsel for Macquire US Trading LLC and Bigts Loan Servicing LLC**
**For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alisha C. Burgin, Esq.**
**Perkins Coie LLP**
**1888 Century Park East, Suite 1700**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Litigation - Counsel for Adobe Inc. and TubeMogul, Inc.**
**For Notice Purposes Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,499.07** |
|---|---|---|---|

**ALLIED ADVERTISING LIMITED**
**PARTNERSHIP**
**PO Box 845382**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,170.00** |
|---|---|---|---|

**AMC Theatres**
**13731 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Angelika Film Center & Cafe**
**5321 E Mockingbird Ln**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthem Blue Cross**
**PO Box 51011**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,224.72 |
|---|---|---|---|

**ARC engineering, Inc.**
**277 South Lake Street**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,704.00 |
|---|---|---|---|

**Arenas**
**3375 Barham Blvd**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armenak Kavcioglu, Esq.**
**Raisin & Kavcioglu**
**16055 Ventura Blvd.**
**Suite 1200**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation - Counsel for Taslimi Construction Company, Inc.**
**For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Art Department LA**
**2900 Colorado Avenue**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,778.51 |
|---|---|---|---|

**Ascot Limousine Service**
**Post Office Box 601**
**Beverly Hills, CA 90213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Assess IT**
**18424 Town Harbour Rd.**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|
| | **Atlas Cinemas Great Lakes Cinemas 16**<br>**22624 Lakeshore Blvd**<br>**Euclid, OH 44123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211,537.30** |
|---|---|---|---|
| | **AV Squad, LP**<br>**7750 Sunset Blvd.**<br>**Los Angeles, CA 90046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,478.26** |
|---|---|---|---|
| | **Aviron 1601 LLC**<br>**CT Corporation System**<br>**818 West Seventh Street, Suite 390**<br>**Los Angeles, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132,624.49** |
|---|---|---|---|
| | **Aviron 1701 LLC**<br>**355 S. Grand Ave., Suite 1450**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,348,455.93** |
|---|---|---|---|
| | **Aviron 1702 LLC**<br>**355 S. Grand Ave., Suite 1450**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,672,943.58** |
|---|---|---|---|
| | **Aviron Capital LLC**<br>**355 S. Grand Ave., Suite 1450**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,994,915.65** |
|---|---|---|---|
| | **Aviron Group LLC**<br>**CT Corporation System**<br>**818 West Seventh Street, Suite 390**<br>**Los Angeles, CA 90017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,716.24**

Barefoot Money Inc.
15260 Ventura Blvd, #2100
Sherman Oaks, CA 91403

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180,000.00**

Benarroch Productions
775 McCarthy vista
Los Angeles, CA 90048

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,150.00**

Bioworld
PO Box 674048
Dallas, TX 52670

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00**

BL Entertainment Inc
c/o Gelfand Rennart & Feldman
360 Hamilton Ave - Ste 100
White Plains, NY 10601

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Bobbie J. Wilson, Esq.
Perkins Coie
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation - Counsel for Adobe Inc. and TubeMogul, Inc.**
**For Notice Purposes Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,050.00**

Bond
1157 North Highland Avenue
Los Angeles, CA 90038

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,600.00**

Box
900 Jefferson Ave.
Redwood City, CA 94063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Brenden Theatre Corporation**
4321 W Flamingo Rd
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Brigade Marketing, LLC**
116 W 23rd St FL 5
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,305.43** |
|---|---|---|---|

**British Film Institute**
21 Stephen Street
London W1T 1LN
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,347.78** |
|---|---|---|---|

**Buddha Jones**
1741 Ivar Ave.
Hollywood, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,549.74** |
|---|---|---|---|

**Burnham Nationwide Inc.**
Dept 4680
Carol Stream, IL 60122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CAC Specialty**
115 Office Park Drive
Birmingham, AL 35223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,062.50** |
|---|---|---|---|

**Canyon Design Group**
4929 Wilshire Blvd. Suite 500
Los Angeles, CA 90010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,033.25** |
|---|---|---|---|

**Caren Limited**
**The White Cottage, Hammersley Lane**
**Penn Bucks HP10 8HB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Casting Society of America**
**1149 N Gower Street #110**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,619.53** |
|---|---|---|---|

**Chase Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,424.00** |
|---|---|---|---|

**Cinedigm Digital Funding I, LLC**
**P.O. Box 100346**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**Cinemark Theatres**
**Attn: Gary McCain**
**3900 Dallas Pkwy, Suite 500**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,351.33** |
|---|---|---|---|

**Cinevizion LLC**
**5300 Melrose Ave**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,090.00** |
|---|---|---|---|

**Confidential Music, Inc.**
**Attn: Kyle Bianc**
**1236 Euclid Street**
**Apt. 105**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Smalls Claims - Judgment

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Control Air Conditioning  Service Corpor** | ☐ Contingent | |
| | **5200 E. La Palma Ave.** | ☐ Unliquidated | |
| | **Anaheim, CA 92807** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,293.39 |
|---|---|---|---|
| | **Copyfree Technology Inc.** | ☐ Contingent | |
| | **601 S. Blvd.** | ☐ Unliquidated | |
| | **San Gabriel, CA 91776** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,272.11 |
|---|---|---|---|
| | **Corinthia Hotel London** | ☐ Contingent | |
| | **10 Whitehall Place** | ☐ Unliquidated | |
| | **London SW1A 2BD** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,800.00 |
|---|---|---|---|
| | **Create Advertising Group, LLC** | ☐ Contingent | |
| | **6022 Washington Blvd.** | ☐ Unliquidated | |
| | **Culver City, CA 90232** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **Creative Impact Agency LLC** | ☐ Contingent | |
| | **2000 Avenue of The Stars # 100** | ☐ Unliquidated | |
| | **Los Angeles, CA 90067** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,586.03 |
|---|---|---|---|
| | **CT Corporation** | ☐ Contingent | |
| | **PO Box 4349** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,084.28 |
|---|---|---|---|
| | **Curzon Cinemas Ltd** | | |
| | **22 Stukeley St, 192-198 Vauxhall** | ☐ Contingent | |
| | **Bridge Road 2nd Fl** | ☐ Unliquidated | |
| | **London SW1V 1DX** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Aviron Pictures, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **D Squared Films LLC**<br>**129 S. Irving Blvd.**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Dave Green**<br>**24504 Heavenly Ct**<br>**West Hills, CA 91307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Dinerstein**<br>**129 S. Irving Blvd.**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **David Hegland**<br>**2865 312th Street**<br>**Ellsworth, IA 50075** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Appeal**<br>**For Notice Purposes Only.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dawn Hegland**<br>**2865 312th Street**<br>**Ellsworth, IA 50075** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Appeal**<br>**For Notice Purposes Only.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,636.45** |
|---|---|---|---|
| | **DDA Public Relations**<br>**192-198 Vauxhall Bridge Road**<br>**2nd Floor**<br>**London SW1V 1DX**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.00** |
|---|---|---|---|
| | **Deluxe Technicolor Digital Cinema**<br>**300 S Flower St**<br>**Burbank, CA 91502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,698.22 |
|---|---|---|---|

**Deluxe Technicolor Digital Cinema UK**
**20 Dering Street**
**London W1S 1AJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,322.25 |
|---|---|---|---|

**Digital Cinema Distribution Coalition**
**1840 Century Park E**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Director's Guild of America, Inc.**
**("DGA")**
**7920 Sunset Blvd.**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Residuals - see Entertainment Partners LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Dolby Laboratories, Inc.**
**16841 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,500.48 |
|---|---|---|---|

**Douglas Emmett Management LLC**
**808 Wilshire Blvd, Suite 200**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,388.00 |
|---|---|---|---|

**Douglas Emmett, LLC**
**9100 Wilshire Blvd., Ste 665E**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas W. Dal Cielo, Esq.**
**Burke, Williams & Sorensen LLP**
**60 South Market Street, Suite 1000**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation - Counsel for Sito Mobile Solutions, Inc.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Drop Box**
PO Box 77767
San Francisco, CA 94107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eduard Chugunov**
22814 Avenue San Luis
Woodland Hills, CA 91364

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Endeavor Content**
9560 Wilshire Blvd.
Beverly Hills, CA 90212

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Entertainment Partners LLC**
2950 N. Hollywood Way
Burbank, CA 91505

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Residuals - See DGA, IATSE, SGA and WGA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.00**

**Exclusive Artist Management**
7700 W Sunset Blvd # 205
Los Angeles, CA 90046

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00**

**Farrell Ingle**
1039 Elkgrove Ave #1
Venice, CA 90291

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FedEx**
P.O. Box 7221
Pasadena, CA 91109

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.98 |
|---|---|---|---|

**File Keepers LLC**
**6277 East Slauson Ave**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,319.22 |
|---|---|---|---|

**FKA Studio Inc.**
**5976 Washington Blvd.**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Focus Advisory Services LLC**
**11500 Olympic Blvd., Suite 400**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,568.00 |
|---|---|---|---|

**Forward Artists LLC**
**7080 Hollywood Blvd # 902**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Foto-Kem**
**2801 W. Alameda Ave.**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,627.88 |
|---|---|---|---|

**Four Seasons Hotel, Los Angeles at Bever**
**300 South Doheny Drive**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Francois Martin**
**50 West St.**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Aviron Pictures, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,519.89 |
|---|---|---|---|
| | **Frayed Pages Inc.**<br>**11400 W. Olympic Blvd.,**<br>**Ste 590**<br>**Los Angeles, CA 90064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,635.09 |
|---|---|---|---|
| | **GDC Digital Cinema Network (USA), LLC**<br>**1016 W Magnolia Blvd**<br>**Burbank, CA 91506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.75 |
|---|---|---|---|
| | **George's Garden**<br>**C/O: Jorge Martinez**<br>**P.O. Box 69632**<br>**West Hollywood, CA 90069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|
| | **Global Entertainment Security, Inc**<br>**3625 E Thousand Oaks Blvd**<br>**Westlake Village, CA 91362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,770.00 |
|---|---|---|---|
| | **Grace PR, Inc.**<br>**260 S. Beverly Drive**<br>**Suite 205**<br>**Beverly Hills, CA 90212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,225.00 |
|---|---|---|---|
| | **GRANDSON LLC**<br>**10000 VENICE BLVD**<br>**CULVER CITY, CA 90232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,625.00 |
|---|---|---|---|
| | **Gravillis Inc**<br>**4250 Wilshire Blvd,**<br>**2nd Floor**<br>**Los Angeles, CA 90010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Forston**
**216 S. Oakhurst**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory P. Korn, Esq.**
**Kinsella Weitzman Iser Kump et al.**
**808 Wilshire Blvd.**
**3rd Floor**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation - Counsel for Tomas Jegeus**
**For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Greyscale**
**8952 Ellis Avenue**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guardian**
**PO Box 824404**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hannah Kadadu**
**9135 Hazen Dr.**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,045.00 |
|---|---|---|---|

**Hollywood Software**
**5000 Van Nuys Blvd., Suite 300**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289,353.09 |
|---|---|---|---|

**In Sync Plus**
**3530 Wilshire Blvd.**
**Suite 1500**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Int'l Alliance of Theatrical**
  **State Employees ("IATSE")**
**2210 W. Olive Avenue**
**Burbank, CA 91506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Residuals - See Entertainment Partners LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Intuit Inc.**
**2800 E. Commece Center Place**
**Tucson, AZ 85706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101**

**Nonpriority creditor's name and mailing address**
**IPFS Corporation of California**
**P.O Box 100391**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,132.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**
**Isabela Chagas Levin**
**1774 N. Beverly Glen Blvd.**
**Los Angeles, CA 90077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**
**iSpot.tv**
**15831 NE 8th**
**St #100**
**Bellevue, WA 98008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$15,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**
**Jason Resnick**
**2810 Sunday Trail**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**
**Jasper & James Corp**
**2209 5th St**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$6,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address

**Jeffrey Elefterion**
**11516 Marco Place**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**Jeffrey Zuschlag**
**1129 S. Oakhurst Dr., Apt 103**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**Jennifer S. Goldestein, Esq.**
**Cypress LLP**
**11111 Santa Monica Blvd.**
**Suite 500**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __For Notice Purposes Only - Counsel to Grace PR, Inc.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address

**Jennifer Stitz**
**PO Box 6322**
**Burbank, CA 91510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address

**Jodi Avergun, Esq.**
**Cadwalader, Wickerman & Taft LLP**
**700 Sixth Street, N.W.**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Counsel for David Dinerstein FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address

**John Antoni, Esq.**
**Antoni Albus LLP**
**11836 W. Pico Blvd.**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation - Counsel for William Sadleir For Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address

**John Cacavas**
**6551 Olympic Place**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Aviron Pictures, LLC**

Name

Case number *(if known)*

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |

**John Guerrini, Esq.**
**Gaba Guerrini Law**
**8583 Irvine Center Drive**
**Suite 500**
**Irvine, CA 92618**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Litigation - Counsel for ION Media Networks, Inc.**
**For Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |

**Jorge Martinez**
**P.O Box 69632**
**West Hollywood, CA 90069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            $149.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |

**Jose Santillan**
**1501 N. Edison Blvd., Apt F**
**Burbank, CA 91505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |

**Joshua L. Hedrick, Esq.**
**Hedrick Kring PLLC**
**1700 Pacific Avenue**
**Suite 4650**
**Dallas, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Litigation - Counsel for Conversant LLC**
**For Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

**Judi Becker**
**5633 Blanco Ave.**
**Woodland Hills, CA 91367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**Junket Productions**
**5 Old Farm Ln**
**Hartsdale, NY 10530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $23,115.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |

**Karen Fried & Associates Inc.**
**11619 Acama St.**
**Studio City, CA 91604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            $4,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katherine t. Kleindienst**
**Kinsella Weitzman Iser Kump et al.**
**808 Wilshire Blvd., 3rd Floor**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation - Counsel for Tomas Jegeus__
__For Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keely Gillman**
**6147 Colgate Ave.**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Knight of The Road Productions**
**15 Spinnaker St., #2**
**Marina del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle A. Janes**
**14987 120th Street**
**Albion, IA 50005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Appeal__
__For Notice Purposes Only.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Leonhardt**
**4735 Sepulveda Blvd., #427**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LA Messenger Inc.**
**13351-D Riverside Dr., #672**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lawrence Piller**
**6608 SW 94th Circle**
**Ocala, FL 34481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leanna Pilosof**
**24848 Wooded Vista**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Lisa Taback Consulting, Inc.**
**845 Via de la Paz, Suite 1**
**Pacific Palisades, CA 90272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Listen First Media**
**381 Park Avenue South**
**Suite 401**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Liz Biber**
**1719 S. Crescent Heights Blvd**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Louis Spoto**
**5440 Noble Ave.**
**Sherman Oaks, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Lowe & Co**
**29500 Heathercliff Rd, #187**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

Lyric House, LLC
3330 Cahuenga Blvd, West
Suite 304
Los Angeles, CA 90068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$551,255.41**

MAA Releasing LLC
355 S. Grand Ave., Suite 1450
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,304.00**

Maddam Films (Three Seconds) Ltd
77 Fortess Road
London NW5 1AG
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

MALCO THEATRES
5851 Ridgeway Center Pkwy
MEMPHIS, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,544.80**

Marcus Theatres Corporation
100 East Wisconsin Ave
Suite 2000
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,850.00**

Marketcast LLC
5900 Wilshire Blvd, 27th Fl
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Mary Navarra
592 Ramona Ave.
Staten Island, NY 10309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Mary Pickford Theatre**
**36850 Pickfair St**
**Cathedral City, CA 92234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,096.08 |
|---|---|---|---|

**Matthew J. Weitz, Esq.**
**9550 Firestone Blvd., Suite 105**
**Downey, CA 90241**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation - Counsel for KPWR Radio, LLC**
**For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,253,054.06 |
|---|---|---|---|

**Media Storm**
**P.O Box 6411**
**Brattleboro, VT 05302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Megaplex Theatres**
**9295 South Street**
**Sandy, UT 84070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merlyn Hegland**
**2865 312th Street**
**Ellsworth, IA 50075**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Appeal**
**For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,433.53 |
|---|---|---|---|

**Michael  Hamilton**
**75 Dean Street**
**London W1D 3PU**
**UNITED KINGDOM**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Momentous Insurance Brokerage Inc.** | ☐ Contingent | |
| | **5990 Sepulveda Blvd., Suite 850** | ☐ Unliquidated | |
| | **Van Nuys, CA 91411** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Motion Picture Club** | ☐ Contingent | |
| | **P.O Box 970** | ☐ Unliquidated | |
| | **New York, NY 10185** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $676.00 |
|---|---|---|---|
| | **Muir Chase Plumbing Co., Inc** | ☐ Contingent | |
| | **4530 Brazil Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90039** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|---|
| | **Museum of Modern Art** | ☐ Contingent | |
| | **11 West 53 Street** | ☐ Unliquidated | |
| | **New York, NY 10019** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Nathan Hill** | ☐ Contingent | |
| | **3260 Vail Ave** | ☐ Unliquidated | |
| | **Ellsworth, IA 50075** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Appeal** | |
| | **Last 4 digits of account number** _ | **For Notice Purposes Only.** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|
| | **National Amusements** | ☐ Contingent | |
| | **846 University Avenue** | ☐ Unliquidated | |
| | **PO Box 9108** | ☐ Disputed | |
| | **Norwood, MA 02062** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64,200.00 |
|---|---|---|---|
| | **National Research Group** | ☐ Contingent | |
| | **5780 W Jefferson Blvd** | ☐ Unliquidated | |
| | **Los Angeles, CA 90016** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Aviron Pictures, LLC | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Network Solutions LLC
5335 Gate Parkway
Jacksonville, FL 32256

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

New Jersey Dept of Labor and Work Force
Division of Employer Accounts
PO Box 059
Trenton, NJ 08646

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
|---|---|---|---|

Newhouse
9 East 19th Street, 6th Floor
New York, NY 10003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Nicholas P. Crowell
Sidley Austin LLP
787 Seventh Street
New York, NY 10019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Litigation - Counsel for BlackRock Multi-Sector Income Trust**
**For Notice Purposes Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

Nicola Parish
458 1st Street, 1R
Brooklyn, NY 11215

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

Noble Entertainment
542 N. Irving Blvd.
Los Angeles, CA 90004

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

NORTHGATE CINEMA, INC.
3778 Lakewood DR.
Greenfield, IN 46140

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,996.50 |
|---|---|---|---|

**NYS Workers Compensation Board**
**Attn: Finance Office**
**328 State St Rm 331**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,955.80 |
|---|---|---|---|

**Oculus Light Studio, LLC**
**5855 Green Valley Circle**
**Suite 306**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,085.38 |
|---|---|---|---|

**Olson Visual, Inc.**
**13000 Weber Way**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,215.50 |
|---|---|---|---|

**OnDisplay Corporation**
**1015 N. Orange Dr.**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,883.85 |
|---|---|---|---|

**One Diversified, LLC**
**37 Market Street**
**Kenilworth, NJ 07033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.00 |
|---|---|---|---|

**Pacific Design Center 1 LLC**
**8687 Melrose Ave. Suite P1 Parking**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,000.00 |
|---|---|---|---|

**Paradise Creative, LLC**
**6020 Washington Blvd**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,320.14 |
|---|---|---|---|

**Paul Hastings LLP**
**1999 Avenue of the Stars**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Penske Media Corporation**
**11175 Santa Monica Blvd 9th FL**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Mastan, Esq.**
**Dinsmore & Shohl LLP**
**550 South Hope Street, Suite 1765**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation - Counsel for XL Enterprises, Inc. dba**
**Benarroach Productions**
**For Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Phase 2 Digital Cinema**
**P.O. Box 95000-3760**
**Philadelphia, PA 19195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,195.00 |
|---|---|---|---|

**Pixelogic Media Partners LLC**
**4000 W. Alameda Ave., Suite 110**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,525.80 |
|---|---|---|---|

**PR Collaborative LLC**
**2900 M St NW Ste 200**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,999.80 |
|---|---|---|---|

**PR Newswire Association LLC**
**G.P.O. Box 5897**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Aviron Pictures, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Preston Sadleir**
**1400 N. Fuller, #17**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Producer WGA Pension Plan**
**2900 W. Alameda Ave., Suite 1100**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**REGAL CINEMAS Entertainment, INC.**
**101 E. Blount Ave**
**Knoxville, TN 37920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rizza Schramm**
**133 S. Peck Dr., #103**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodolfo Gaba, Jr., Esq.**
**Gaba Guerrini Law Corporation**
**8583 Irvine Center Drive, Suite 500**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation - Counsel for ION Media Networks, Inc.**
**For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,300.00 |
|---|---|---|---|

**ROGUE PLANET**
**12959 Coral Tree Place**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86,237.20 |
|---|---|---|---|

**Ryan Hastings**
**2540 Astral Drive**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aviron Pictures, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
| --- | --- | --- | --- |

**Scott Elias Eddy**
4143 NW 6 Court
Deerfield Beach, FL 33442

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Scott Meide**
4446-1 Hendricks Avenue
Jacksonville, FL 32207

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Appeal
For Notice Purposes Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,650.00 |
| --- | --- | --- | --- |

**Screen Actors Guild Awards**
15821 Ventura Blvd., Suite 110
Encino, CA 91436

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Screen Actors Guild Global
   Rule One ("SGA")**
5757 Wilshire Blvd., 7th Floor
Los Angeles, CA 90036

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Residuals - See Entertainment Partners LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,850.00 |
| --- | --- | --- | --- |

**Screen Engine/ASI**
1925 Century Park East Suite 950
Los Angeles, CA 90067

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Sheila Johnson**
731 West Rosewood Ct.
Ontario, CA 91762

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Shelly Kratzer**
1002 E. Cottonwood Ct.
Ontario, CA 91761

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Silver Cinemas Acquisition Co**
**PO Box 101874**
**Pasadena, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,875.00

---

**3.191**

**Nonpriority creditor's name and mailing address**
**SITO Mobile Solutions, Inc**
**P.O. Box 203823**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,420,000.00

---

**3.192**

**Nonpriority creditor's name and mailing address**
**SSI/Advanced Post Services LLC**
**7165 W Sunset Blvd**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,600.00

---

**3.193**

**Nonpriority creditor's name and mailing address**
**STARWORKS ARTISTS, LLC**
**1125 N. Fairfax Ave. #46309**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$49,835.30

---

**3.194**

**Nonpriority creditor's name and mailing address**
**Stella Creative Artists Ltd**
**Unit 63, Pall Mall Deposit**
**124-128 Barlby Road**
**London W10 6BL**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,009.85

---

**3.195**

**Nonpriority creditor's name and mailing address**
**Story Fit, Inc.**
**3305 Steck Ave., Suite 275**
**AUSTIN, TX 78757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$32,200.00

---

**3.196**

**Nonpriority creditor's name and mailing address**
**STUDIOCUT, INC.**
**4411 Los Feliz Blvd**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Aviron Pictures, LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,669.16** |

**T/O Printing**
**7810 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Talia Sparrow**
**481 Henry Street, Apt 2**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |

**Tallal, Inc.**
**31510 Anacapa View Drive**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,885.00** |

**TAO PRODUCTIONS, LLC**
**8721 Sunset Blvd**
**Penthouse 8**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |

**Tarhan Creative Inc.**
**35 Market St., #6A**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,895,988.25** |

**Taslimi Construction Co., Inc.**
**1805 Colorado Avenue**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |

**Ted Perez & Associates**
**641 Crestmoore Place**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aviron Pictures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,323.57** |
|---|---|---|---|

**TekWorks Inc.**
**13000 Gregg Street**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,543.06** |
|---|---|---|---|

**Terry Hines & Associates**
**2550 North Hollywood Way, #600**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**THE DIRECTORS GUILD OF AMERICA**
**110 West 57th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,200.00** |
|---|---|---|---|

**The Only Agency, Inc.**
**20 W 22nd Street**
**Suite 701**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,441.64** |
|---|---|---|---|

**THE SPECIAL TREATS PRODUCTION**
**COMPANY LT**
**Grafton House 2+3**
**Golden Square W1F 9HR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**THE VISIONARIES AGENCY LLC**
**8447 Wilshire Blvd**
**Suite 100**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,699.49** |
|---|---|---|---|

**THE WALL GROUP LA, LLC**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,350.00** |
|---|---|---|---|

**TicktBox Enterprises LLC**
**7670 Opportunity Road, Suite 250**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Time Warner Cable**
**BOX 223085**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,603.95** |
|---|---|---|---|

**Tracey Mattingly LLC**
**717 N Highland Ave**
**Suite 9**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,173.35** |
|---|---|---|---|

**TRAILER PARK, INC.**
**29437 Network Pl.**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,543.16** |
|---|---|---|---|

**USA CINEMA INVESTMENTS HOLDING, INC**
**14951 N Dallas Pkwy, Suite 300**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Utopia**
**315 W, 39th Street**
**Ste 1003**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vale Tudo Inc.**
**216 S. Oakhurst**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Variety Boys & Girls Club**
**2530 Cincinnati St.**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Variety Club of Northern California**
**582 Market St Ste 101**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Variety of Southern California**
**4601 Wilshire Blvd., Ste 260**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**VIACOM INTERNATIONAL INC**
**PO BOX 13683**
**NEWARK, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,300.00 |
|---|---|---|---|

**Vision Advertising, Inc.**
**6255 W Sunset Blvd**
**# 2201**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,112.91 |
|---|---|---|---|

**Vobile Inc.**
**Dept. LA 23824**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,526.06 |
|---|---|---|---|

**Vonage**
**PO Box 392415**
**Pittsburgh, PA 15251-9415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Aviron Pictures, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
|---|---|---|---|

**Waggingtail Entertainment Limited**
**119 West 57th street, ste 400**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,600.00** |
|---|---|---|---|

**Washington Post**
**1301 K Street, NW**
**Washington DC, DC 20071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Will Rogers Motion Pictures Pioneer Foun**
**6767 Forest Lawn Drive Ste 303**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Sadleir**
**9135 Hazen Dr.**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Writers Guild of America,**
**West, Inc. ("WGA")**
**7000 West 3rd Street**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Residuals - See Entertainment Partners LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Writers' Guild-Industry Health Fund**
**2900 W. Alameda Ave., Suite 1100**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,086.73** |
|---|---|---|---|

**Yvaniza Abaunza**
**1907 Malcolm Ave**
**Apt. 3**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aviron Pictures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zachary L. Spear, Esq.**
**Buchalter**
**1000 Wilshire Blvd., Suite 1500**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation - Counsel for Create Advertising Group, LLC**
**For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**ZAP ENTERTAINMENT CORP**
**6646 Hollywood Blvd**
**#205**
**Los Angeles, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,374.85 |
|---|---|---|---|

**Zayo Group**
**1821 30th Street Unit A**
**Boulder, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,099.06 |
| 5b. Total claims from Part 2 | 5b. + | $ 45,901,551.40 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 45,904,650.46 |

**Fill in this information to identify the case:**

Debtor name    **Aviron Pictures, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **US Subscription Video on Demand rights distribution agreement** | |
| State the term remaining | **4/30/2021** | **Amazon Digital Services LLC 410 Terry Avenue North Seattle, WA 98109-5210** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Canadian Subscription Video on Demand rights distribution agreement** | |
| State the term remaining | **2/1/2021** | **Amazon Digital Services LLC 410 Terry Avenue North Seattle, WA 98109-5210** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for Amazon** | |
| State the term remaining | | **Cairn Special Opportunites Credit Master Credit Master Fund Limited 27 Knightsbridge, Belgravia London SW1X 7LY UNITED KINGDOM** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease Agreement - 9100 Wilshire Blvd., Suite 800E, Beverly Hills, CA 90212** | |
| State the term remaining | | **Douglas Emmett 2008, LLC 1299 Ocean Ave., Suite 1000 Santa Monica, CA 90401** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  **Aviron Pictures, LLC**

|  First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Canadian film rights distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **11/22/2029** | **Elevation Pictures Corp.** |
| | | | **Suite 300** |
| | List the contract number of any government contract | | **166 Pearl Street** |
| | | | **Toronto, Ontario ONM5H1L** |
| | | | **Canada** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Australia and New Zealand film distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **10/15/2028** | **Madman Entertainment Pty Ltd** |
| | | | **Level 2** |
| | List the contract number of any government contract | | **289 Wellington Parade South** |
| | | | **East Melbourne, Victoria, 3002** |
| | | | **AUSTRALIA** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for A&E Networks** | |
|---|---|---|---|
| | State the term remaining | | **Purely Receivables Alpha Limited** |
| | | | **37-41 Mortimer St.** |
| | List the contract number of any government contract | | **London W1T 3JH** |
| | | | **UNITED KINGDOM** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for Viacom International Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Purely Receivables Alpha Limited** |
| | | | **37-41 Mortimer St.** |
| | List the contract number of any government contract | | **London W1T 3JH** |
| | | | **UNITED KINGDOM** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for Universal Television Networks** | |
|---|---|---|---|
| | State the term remaining | | **Purely Receivables Alpha Limited** |
| | | | **37-41 Mortimer St.** |
| | List the contract number of any government contract | | **London W1T 3JH** |
| | | | **UNITED KINGDOM** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for Netflix** | |
|---|---|---|---|
| | State the term remaining | | **Purely Receivables Alpha Limited** |
| | | | **37-41 Mortimer St.** |
| | List the contract number of any | | **London W1T 3JH** |
| | | | **UNITED KINGDOM** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Aviron Pictures, LLC**
　　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for Starz** | |
|---|---|---|---|
| | State the term remaining | | **Purely Receivables Alpha Limited** |
| | List the contract number of any government contract | | **37-41 Mortimer St.** |
| | | | **London W1T 3JH** |
| | | | **UNITED KINGDOM** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for HBO** | |
|---|---|---|---|
| | State the term remaining | | **Purely Receivables Alpha Limited** |
| | List the contract number of any government contract | | **37-41 Mortimer St.** |
| | | | **London W1T 3JH** |
| | | | **UNITED KINGDOM** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Merchandising rights** | |
|---|---|---|---|
| | State the term remaining | **12/31/2022** | **Radar Licensing LLC** |
| | List the contract number of any government contract | | **108 Garfield Place, 3rd Floor** |
| | | | **Brooklyn, NY 11212** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **US Free Television rights distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **5/11/2025** | **Starz Entertainment LLC** |
| | List the contract number of any government contract | | **1647 Stewart Street** |
| | | | **Santa Monica, CA 90401** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Certain US Non-Theatrical Rights Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/31/2020** | **Swank Motion Picture Inc.** |
| | List the contract number of any government contract | | **10795 Watson Road** |
| | | | **Saint Louis, MO 63127** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Videogram, Digital and Non-Theatrical Rights Distribution Agreement** | **Universal Studios Home Entertainment LLC** |
|---|---|---|---|
| | | | **10 Universal City Plaza 1440/6** |
| | | | **Universal City, CA 91608** |

Debtor 1   **Aviron Pictures, LLC**                                                          Case number *(if known)*  _____

    First Name       Middle Name       Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining    **6/25/2024** | |
| List the contract number of any government contract   _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **US Television Rights Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining    **2/29/2024** | | **Viacom International Inc.**<br>**1515 Broadway**<br>**New York, NY 10036** |
| | List the contract number of any government contract   _____ | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Aviron Pictures, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Aviron 1701, LLC** | **355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071** | **Noriva Captal LLC** | ■ D    **2.3** ☐ E/F _____ ☐ G _____ |
| 2.2  **Aviron 1702, LLC** | **355 S. Grand Ave. Suite 1450 Los Angeles, CA 90067** | **Noriva Captal LLC** | ■ D    **2.3** ☐ E/F _____ ☐ G _____ |
| 2.3  **Aviron 1704, LLC** | **355 S. Grand Avenue Suite 1450 Los Angeles, CA 90067** | **Noriva Captal LLC** | ■ D    **2.3** ☐ E/F _____ ☐ G _____ |
| 2.4  **Aviron 1705, LLC** | **355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071** | **Noriva Captal LLC** | ■ D    **2.3** ☐ E/F _____ ☐ G _____ |

Debtor   **Aviron Pictures, LLC**                                    Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.5 | **Aviron 1706, LLC** | 355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071 | **Noriva Captal LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Aviron 1801, LLC** | 355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071 | **Noriva Captal LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Aviron Capital, LLC** | 355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071 | **Noriva Captal LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **MAA Releasing, LLC** | 355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071 | **Noriva Captal LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name     **Aviron Pictures, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$194,542.64** |
    | **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$64,452.90** |
    | **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$335,830.03** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Aviron Pictures, LLC | Case number (if known) | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached Schedule 4** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Taslimi Construction Company, Inc. v. Aviron Pictures, LLC, et al.**<br>**20SMCV00152** | **Breach of Contract** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Adobe Inc. and TubeMogul, Inc. v. Aviron Pictures, LLC**<br>**20SMCV00074** | **Breach of Contract** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Tomas Jegeus v. Aviron Pictures, LLC and William Sadleir**<br>**20SMCV00058** | **Breach of Contract** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Create Advertising Group, LLC v. Aviron Pictures, LLC**<br>**20STCV01748** | **Breach of Contract** | **Los Angeles Superior Court**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Sito Mobile Solutions, Inc. v. Aviron Pictures, LLC**<br>**19SMCV01774** | **Breach of Contract** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Aviron Pictures, LLC**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Conversant LLC v. Aviron Pictures, LLC and Media Storm, LLC**<br>**19SMCV00660** | **Breach of Contract** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Macquire US Trading LLC, Bigts Loan Services, Inc. v. William Sadleir, et al.**<br>**19SMCV01829** | **Fraud** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **ION Media Networks, Inc. v. Aviron Pictures, LLC**<br>**20SMCV00415** | **Collections** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **KPWR Radio, LLC v. Aviron Pictures, LLC**<br>**19CHLC46256** | **Collections** | **Los Angeles Superior Court**<br>**9425 Penfield Avenue**<br>**Chatsworth, CA 91311** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Confidential Music, Inc. v. Aviron Pictures, LLC**<br>**20SMSC00105** | **Small Claims** | **Los Angeles Superior Court**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **XL Enterprises Inc. v. Aviron Pictures, LLC**<br>**20STCV14697** | **Breach of Contract** | **Los Angeles Superior Court**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Scott Meide et al. v. Nicola T. Hanna, et al.**<br>**19-56402** | **Appeal - Securities, Commodities, Exchange** | **United States Court of Appeals - 9th Cir** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Blackrock Multi-Sector Income Trust v. Aviron Group, LLC et al.**<br>**657496/2019** | **Fraud** | **New York Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    **Aviron Pictures, LLC**                                                      Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Cinemark Theatres** **3900 Dallas Parkway** **Suite 500** **Plano, TX 75093** | **2018 Cinemark Charity Dinner & Golf Tournament** | **10/15/2018** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Variety of Southern California** **4601 Wilshire blvd., Suite 260** **Los Angeles, CA 90010** | **Platinum Full Page Ad in the Clark Woods Lifetime Achievement Tribute Journal** | **6/13/2019** | **$4,000.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Variety of Southern California** **4601 Wilshire Blvd.** **Suite 260** **Los Angeles, CA 90010** | **Sponsorship of the 47th Annual Variety Golf Classic on October 11, 2018 - Hole Sponsor** | **7/15/2019** | **$1,500.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Variety of Southern California** **4601 Wilshire Blvd.** **Suite 250** **Los Angeles, CA 90010** | **2018 Annual Heart of Show Business Luncheon** | **6/13/2019** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Aviron Pictures, LLC**                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Raines Feldman LLP**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067** | | **7/29/2020** | **$30,000.00** |
| | **Email or website address**<br>**www.raineslaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Raines Feldman LLP**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067** | | **8/17/2020** | **$750.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **9100 Wilshire Blvd.**<br>**Suite 800E**<br>**Beverly Hills, CA 90212** | **1/1/2017 - 3/31/2020** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor  **Aviron Pictures, LLC**                                    Case number *(if known)*

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Tao Productions LLC**<br>**8721 Sunset Blvd.**<br>**Penthouse 8**<br>**West Hollywood, CA 90069** | **Noriva Capital, LLC**<br>**477 Madison Ave., 6th Floor**<br>**New York, NY 10022** | **Film Storage - Server** | ■ No<br>☐ Yes |

Debtor    Aviron Pictures, LLC _____    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Pixelogic Media Partners**<br>**400 W. Alameda Ave., #10**<br>**Burbank, CA 91505** | **Noriva Capital LLC**<br>**477 Madison Avenue, 6th**<br>**Floor**<br>**New York, NY 10022** | **Film Storage / Server** | ■ **No**<br>☐ **Yes** |
| **Deluxe Technicolor Digital Cinema**<br>**300 S. Flower Street**<br>**Burbank, CA 91502** | **Noriva Capital LLC**<br>**477 Madison Ave., 6th**<br>**Floor**<br>**New York, NY 10022** | **Film Storage / Server** | ■ **No**<br>☐ **Yes** |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Official Form 207                       Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                       page **7**

Debtor    Aviron Pictures, LLC _____    Case number *(if known)* _____

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.    **MAA Releasing, LLC**<br>**355 S. Grand Avenue**<br>**Suite 1450**<br>**Los Angeles, CA 90071** | **Film Distribution** | EIN:    **478-5116641**<br><br>From-To    **9/17/2015** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Judith Becker**<br>**9100 Wilshire Blvd.**<br>**Suite 800E**<br>**Beverly Hills, CA 90212** | **7/8/2015 to 8/14/2020** |
| 26a.2.    **Reece Fulgham**<br>**SierraConstellation Partners LLC**<br>**355 S. Grand Ave., Suite 1450**<br>**Los Angeles, CA 90071** | **1/2019 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Hothouse Carlin & Van Tright LLP**<br>**File 1404**<br>**1801 W. Olympic Blvd.**<br>**Pasadena, CA 91199-1404** | **2015 to 2019** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Hedman Partners**<br>**27441 Tourney Road**<br>**Suite 200**<br>**Valencia, CA 91355-5396** | **2018 to 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **SierraConstellation Partners, LLC**<br>**355 S. Grand Avenue**<br>**Suite 1450**<br>**Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **Aviron Pictures, LLC**                                   Case number *(if known)*

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas J. Lynch | 355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aviron Group, LLC | c/o CT Corporation System 818 West Seventh Street, Suite 930 Los Angeles, CA 90017 | Controlling Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Sadleir | 9135 Hazen Drive Beverly Hills, CA 90210 | Manager | 2015 to 2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Farrace | 355 S. Grand Avenue Suite 1450 Los Angeles, CA 90071 | Manager | 1/2019 to 2/2020 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached Schedule 30** | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **Aviron Pictures, LLC**                                    Case number *(if known)*

 

☐  No

■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Aviron Group, LLC** | EIN:   **47-4478166** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No

☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2020**

_____        **Thomas J. Lynch**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Aviron Pictrues, LLC
Statement of Financial Affairs
Schedule 4 - Insider payments or other property transfers (1 year)

| Name | Address1 | City | State | Zip | Dates | Amount | Relationship to Debtor | Reason For Payment or Transfer |
|------|----------|------|-------|-----|-------|--------|------------------------|--------------------------------|
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 09/30/2019 | 16,825.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/15/2019 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/30/2019 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/15/2019 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/26/2019 | 5,000.00 | Insider | payroll - f /s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/18/2019 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/19/2019 | 3,958.33 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/19/2019 | 3,958.33 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/19/2019 | 3,958.34 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/31/2019 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/15/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/30/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/14/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/28/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/13/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/30/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/15/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/30/2020 | 16,875.00 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 05/13/2020 | 15,576.92 | Insider | payroll - f/s/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 05/13/2020 | 25,961.54 | Insider | payroll - f/s/o David Dinerstein |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 09/30/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/15/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/30/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/15/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/26/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/18/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/31/2019 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/15/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/30/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/14/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/28/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/13/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/30/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/15/2020 | 1,875.00 | Insider | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/30/2020 | 1,875.00 | Insider | payroll |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/14/2019 | 40,500.00 | Relative of Insider | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/15/2019 | 16,666.67 | Relative of Insider | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/22/2019 | 16,666.67 | Relative of Insider | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 11/11/2019 | 6,666.67 | Relative of Insider | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 11/15/2019 | 10,000.00 | Relative of Insider | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 11/26/2019 | 10,000.00 | Relative of Insider | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 12/18/2019 | 16,666.67 | Relative of Insider | compensation |
| Hannah Kadadu | 129 S. Irving Blvd. | Beverly Hill | CA | 90210 | 12/19/2019 | 6,666.67 | Relative of Insider | compensation |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 10/11/2019 | 2,064.00 | Relative of Insider | compensation for acquisition services provided |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 10/31/2019 | 3,280.66 | Relative of Insider | compensation for acquisition services provided |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 11/15/2019 | 2,514.80 | Relative of Insider | compensation for acquisition services provided |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 12/18/2019 | 1,770.00 | Relative of Insider | compensation for acquisition services provided |
| William K. Sadleir | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/30/2019 | 1,000.00 | CRO | expense reimbursement |
| William K. Sadleir | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 12/04/2019 | 5,827.93 | CRO | expense reimbursement |

Aviron Pictures, LLC
Statement of Financial Affairs
Schedule 30 - Insider payments, distributions, or withdrawals (1 year)

| Name | Address1 | City | State | Zip | Dates | Relationship to Debtor | Amount | Reason For Providing Value |
|---|---|---|---|---|---|---|---|---|
| American Express | P.O. Box 650448 CT Corporation System | Dallas | TX | 75265 | 01/13/2020 | Insider | 15,625.00 | payment made to Amex for William Sadleir personal credit card |
| Aviron 1601, LLC | 818 West Seventh Street, Suite 930 | Los Angeles | CA | 90017 | 12/04/2019 | Affiliate | 25,000.00 | intercompany bank transfer to cover payment to bankruptcy attorney (Chipman Brown Cicero & C |
| Aviron 1704, LLC | 355 S. Grand Ave., Suite 1450 | Los Angeles | CA | 90071 | 10/08/2019 | Affiliate | 100.00 | intercompany bank transfers to cover P&A (print and advertising) expenses |
| Aviron 1704, LLC | 355 S. Grand Ave., Suite 1450 | Los Angeles | CA | 90071 | 11/04/2019 | Affiliate | 23,000.00 | intercompany bank transfers to cover P&A (print and advertising) expenses |
| Aviron 1704, LLC | 355 S. Grand Ave., Suite 1450 | Los Angeles | CA | 90071 | 03/21/2020 | Affiliate | 100.00 | intercompany bank transfers to cover P&A (print and advertising) expenses |
| Aviron 1704, LLC | 355 S. Grand Ave., Suite 1450 | Los Angeles | CA | 90071 | 05/09/2020 | Affiliate | 100.00 | intercompany bank transfers to cover P&A (print and advertising) expenses |
| Chase Card Services | PO Box 6294 | Carol Stream | IL | 60197 | 10/23/2019 | | 2,500.00 | payment to Aviron Pictures business credit card personally guaranteed by William Sadleir |
| Chase Card Services | PO Box 6294 | Carol Stream | IL | 60197 | 11/20/2019 | | 2,500.00 | payment to Aviron Pictures business credit card personally guaranteed by William Sadleir |
| Chase Card Services | PO Box 6294 | Carol Stream | IL | 60197 | 12/19/2019 | | 2,489.00 | payment to Aviron Pictures business credit card personally guaranteed by William Sadleir |
| Chase Card Services | PO Box 6294 | Carol Stream | IL | 60197 | 02/25/2020 | | 6,401.83 | payment to Aviron Pictures business credit card personally guaranteed by William Sadleir |
| Chase Card Services | PO Box 6294 | Carol Stream | IL | 60197 | 03/27/2020 | | 2,883.62 | payment to Aviron Pictures business credit card personally guaranteed by William Sadleir |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 09/30/2019 | Insider | 16,625.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/15/2019 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/30/2019 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/15/2019 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/26/2019 | Insider | 5,000.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/18/2019 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/19/2019 | Insider | 3,958.33 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/19/2019 | Insider | 3,958.33 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/19/2019 | Insider | 3,958.34 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/31/2019 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/15/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/30/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/14/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/28/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/13/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/30/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/15/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/30/2020 | Insider | 16,875.00 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 05/13/2020 | Insider | 15,576.92 | payroll - l'ls/o David Dinerstein |
| D Squared Films, LLC | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 05/13/2020 | Insider | 25,961.54 | payroll - l'ls/o David Dinerstein |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 09/30/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/15/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 10/30/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/15/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 11/26/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/18/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 12/31/2019 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/15/2020 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 01/30/2020 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/14/2020 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 02/28/2020 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 03/13/2020 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/15/2020 | Insider | 1,875.00 | payroll |
| David Dinerstein | 129 S. Irving Blvd. | Los Angeles | CA | 90004 | 04/30/2020 | Insider | 1,875.00 | payroll |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/14/2019 | Relative of Insider | 40,500.00 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/15/2019 | Relative of Insider | 16,666.67 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/22/2019 | Relative of Insider | 16,666.67 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 11/11/2019 | Relative of Insider | 6,666.67 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 11/15/2019 | Relative of Insider | 10,000.00 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 11/26/2019 | Relative of Insider | 10,000.00 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 12/18/2019 | Relative of Insider | 16,666.67 | compensation |
| Hannah Kadadu | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 12/19/2019 | Relative of Insider | 6,666.67 | compensation |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 10/11/2019 | Relative of Insider | 2,064.00 | compensation for acquisition services provided |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 10/31/2019 | Relative of Insider | 3,280.66 | compensation for acquisition services provided |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 11/15/2019 | Relative of Insider | 2,514.80 | compensation for acquisition services provided |
| Preston Sadleir | 1400 N. Fuller Ave., #17 | Los Angeles | CA | 90046 | 12/18/2019 | Relative of Insider | 1,770.00 | compensation for acquisition services provided |
| William K. Sadleir | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 10/30/2019 | CRO | 1,000.00 | expense reimbursement |
| William K. Sadleir | 9135 Hazen Dr. | Beverly Hill | CA | 90210 | 12/04/2019 | CRO | 5,827.93 | expense reimbursement |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Aviron Pictures, LLC** _____  Case No. _____

_____ Debtor(s)    Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $          30,750.00 |
| Prior to the filing of this statement I have received | $          30,750.00 |
| Balance Due | $               0.00 |

2.  The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; and
   c.  Representation of the debtor at the meeting of creditors; and one adjourned hearing thereof.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 28, 2020** | /s/ Hamid R. Rafatjoo |
| _Date_ | **Hamid R. Rafatjoo 181564** |
| | _Signature of Attorney_ |
| | **Raines Feldman LLP** |
| | **1800 Avenue of the Stars** |
| | **12th Floor** |
| | **Los Angeles, CA 90067** |
| | **(310) 440-4100   Fax: (310) 691-1367** |
| | **hrafatjoo@raineslaw.com** |
| | _Name of law firm_ |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Hamid R. Rafatjoo 181564**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 440-4100 Fax: (310) 691-1367**<br>California State Bar Number: **181564 CA**<br>hrafatjoo@raineslaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **Aviron Pictures, LLC** | CASE NO.:<br><br>CHAPTER: **7** |
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __34__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 28, 2020**
_____
Signature of Debtor 1

Date: _____
_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 28, 2020**
**/s/ Hamid R. Rafatjoo**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Aviron Pictures, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071


Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067


Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


#FACEBYTRACE
12147 Morrison Street
Valley Village, CA 91607


20th Century Fox
10201 W. Pico Blvd
Los Angeles, CA 90035


42west, LLC
600 3rd Ave FL 23
New York, NY 10016


A.S.K. Film Consulting
15 Wildflower Ct.
Manalapan, NJ 07726


AARP
Treasury Office
601 E St NW A8-101
Washington, DC 20049

ABM Parking Services
9100 Wilshire Blvd., Suite 665E
Beverly Hills, CA 90212


Adrian Parks
3700 Los Feliz Blvd., #7
Los Angeles, CA 90027


After Productions LLC
844 Seward St,
First Floor
Los Angeles, CA 90038


Alamo South Lamar LP
612A East 6th Street
Austin, TX 78701


Alan M. Mirman, Esq.
Mirman, Bubman & Nahmias, LLP
21860 Burbank Blvd., Suite 360
Woodland Hills, CA 91367


Alisha C. Burgin, Esq.
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067


ALLIED ADVERTISING LIMITED PARTNERSHIP
PO Box 845382
Boston, MA 02284


Amazon Digital Services LLC
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon Digital Services LLC
410 Terry Avenue North
Seattle, WA 98109-5210


AMC Theatres
13731 Collections Center Drive
Chicago, IL 60693


Angelika Film Center & Cafe
5321 E Mockingbird Ln
Dallas, TX 75206


Anthem Blue Cross
PO Box 51011
Los Angeles, CA 90051


ARC engineering, Inc.
277 South Lake Street
Burbank, CA 91502


Arenas
3375 Barham Blvd
Los Angeles, CA 90068


Armenak Kavcioglu, Esq.
Raisin & Kavcioglu
16055 Ventura Blvd.
Suite 1200
Encino, CA 91436


Art Department LA
2900 Colorado Avenue
Santa Monica, CA 90404

Ascot Limousine Service
Post Office Box 601
Beverly Hills, CA 90213


Assess IT
18424 Town Harbour Rd.
Cornelius, NC 28031


Atlas Cinemas Great Lakes Cinemas 16
22624 Lakeshore Blvd
Euclid, OH 44123


AV Squad, LP
7750 Sunset Blvd.
Los Angeles, CA 90046


Aviron 1601 LLC
CT Corporation System
818 West Seventh Street, Suite 390
Los Angeles, CA 90017


Aviron 1701 LLC
355 S. Grand Ave., Suite 1450
Los Angeles, CA 90071


Aviron 1701, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071


Aviron 1702 LLC
355 S. Grand Ave., Suite 1450
Los Angeles, CA 90071

Aviron 1702, LLC
355 S. Grand Ave.
Suite 1450
Los Angeles, CA 90067


Aviron 1704, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90067


Aviron 1705, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071


Aviron 1706, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071


Aviron 1801, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071


Aviron Capital LLC
355 S. Grand Ave., Suite 1450
Los Angeles, CA 90071


Aviron Capital, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071


Aviron Group LLC
CT Corporation System
818 West Seventh Street, Suite 390
Los Angeles, CA 90017

Barefoot Money Inc.
15260 Ventura Blvd, #2100
Sherman Oaks, CA 91403


Benarroch Productions
775 McCarthy vista
Los Angeles, CA 90048


Bioworld
PO Box 674048
Dallas, TX 52670


BL Entertainment Inc
c/o Gelfand Rennart & Feldman
360 Hamilton Ave - Ste 100
White Plains, NY 10601


Bobbie J. Wilson, Esq.
Perkins Coie
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204


Bond
1157 North Highland Avenue
Los Angeles, CA 90038


Box
900 Jefferson Ave.
Redwood City, CA 94063


Brenden Theatre Corporation
4321 W Flamingo Rd
Las Vegas, NV 89103

Brigade Marketing, LLC
116 W 23rd St FL 5
New York, NY 10011


British Film Institute
21 Stephen Street
London W1T 1LN
UNITED KINGDOM


Buddha Jones
1741 Ivar Ave.
Hollywood, CA 90028


Burnham Nationwide Inc.
Dept 4680
Carol Stream, IL 60122


CAC Specialty
115 Office Park Drive
Birmingham, AL 35223


Cairn Special Opportunites Credit Master
Credit Master Fund Limited
27 Knightsbridge, Belgravia
London SW1X 7LY
UNITED KINGDOM


Cairn Special Opportunities Credit
  Master Fund Limited
27 Knightsbridge
LONDON
GREAT BRITAIN


Canyon Design Group
4929 Wilshire Blvd. Suite 500
Los Angeles, CA 90010

Caren Limited
The White Cottage, Hammersley Lane
Penn Bucks HP10 8HB
UNITED KINGDOM


Casting Society of America
1149 N Gower Street #110
Los Angeles, CA 90038


Chase Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294


Cinedigm Digital Funding I, LLC
P.O. Box 100346
Pasadena, CA 91189


Cinemark Theatres
Attn: Gary McCain
3900 Dallas Pkwy, Suite 500
Plano, TX 75093


Cinevizion LLC
5300 Melrose Ave
Los Angeles, CA 90038


City of Beverly Hills
PO Box 844731
Los Angeles, CA 90084


Confidential Music, Inc.
Attn: Kyle Bianc
1236 Euclid Street
Apt. 105
Santa Monica, CA 90404

Control Air Conditioning  Service Corpor
5200 E. La Palma Ave.
Anaheim, CA 92807


Copyfree Technology Inc.
601 S. Blvd.
San Gabriel, CA 91776


Corinthia Hotel London
10 Whitehall Place
London SW1A 2BD
UNITED KINGDOM


County of Los Angeles
Office of the Assessor
6120 Bristol Parkway
Culver City, CA 90230


Create Advertising Group, LLC
6022 Washington Blvd.
Culver City, CA 90232


Creative Impact Agency LLC
2000 Avenue of The Stars # 100
Los Angeles, CA 90067


CT Corporation
PO Box 4349
Carol Stream, IL 60197


Curzon Cinemas Ltd
22 Stukeley St, 192-198 Vauxhall
Bridge Road 2nd Fl
London SW1V 1DX
UNITED KINGDOM

D Squared Films LLC
129 S. Irving Blvd.
Los Angeles, CA 90004


Dave Green
24504 Heavenly Ct
West Hills, CA 91307


David Dinerstein
129 S. Irving Blvd.
Los Angeles, CA 90004


David Hegland
2865 312th Street
Ellsworth, IA 50075


Dawn Hegland
2865 312th Street
Ellsworth, IA 50075


DDA Public Relations
192-198 Vauxhall Bridge Road
2nd Floor
London SW1V 1DX
UNITED KINGDOM


Deluxe Technicolor Digital Cinema
300 S Flower St
Burbank, CA 91502


Deluxe Technicolor Digital Cinema UK
20 Dering Street
London W1S 1AJ
UNITED KINGDOM

Digital Cinema Distribution Coalition
1840 Century Park E
Los Angeles, CA 90067


Director's Guild of America, Inc.
 ("DGA")
7920 Sunset Blvd.
Los Angeles, CA 90046


Dolby Laboratories, Inc.
16841 Collections Center Dr
Chicago, IL 60693


Douglas Emmett 2008, LLC
1299 Ocean Ave., Suite 1000
Santa Monica, CA 90401


Douglas Emmett Management LLC
808 Wilshire Blvd, Suite 200
Santa Monica, CA 90401


Douglas Emmett, LLC
9100 Wilshire Blvd., Ste 665E
Beverly Hills, CA 90212


Douglas W. Dal Cielo, Esq.
Burke, Williams & Sorensen LLP
60 South Market Street, Suite 1000
San Jose, CA 95113


Drop Box
PO Box 77767
San Francisco, CA 94107

Eduard Chugunov
22814 Avenue San Luis
Woodland Hills, CA 91364


Elevation Pictures Corp.
Suite 300
166 Pearl Street
Toronto, Ontario ONM5H1L
Canada


Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001


Endeavor Content
9560 Wilshire Blvd.
Beverly Hills, CA 90212


Entertainment Partners LLC
2950 N. Hollywood Way
Burbank, CA 91505


Exclusive Artist Management
7700 W Sunset Blvd # 205
Los Angeles, CA 90046


Farrell Ingle
1039 Elkgrove Ave #1
Venice, CA 90291


FedEx
P.O. Box 7221
Pasadena, CA 91109

File Keepers LLC
6277 East Slauson Ave
Commerce, CA 90040


FKA Studio Inc.
5976 Washington Blvd.
Culver City, CA 90232


Focus Advisory Services LLC
11500 Olympic Blvd., Suite 400
Los Angeles, CA 90064


Forward Artists LLC
7080 Hollywood Blvd # 902
Los Angeles, CA 90028


Foto-Kem
2801 W. Alameda Ave.
Burbank, CA 91505


Four Seasons Hotel, Los Angeles at Bever
300 South Doheny Drive
Los Angeles, CA 90048


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

Francois Martin
50 West St.
New York, NY 10006


Frayed Pages Inc.
11400 W. Olympic Blvd.,
Ste 590
Los Angeles, CA 90064


GDC Digital Cinema Network (USA), LLC
1016 W Magnolia Blvd
Burbank, CA 91506


George's Garden
C/O: Jorge Martinez
P.O. Box 69632
West Hollywood, CA 90069


Global Entertainment Security, Inc
3625 E Thousand Oaks Blvd
Westlake Village, CA 91362


Grace PR, Inc.
260 S. Beverly Drive
Suite 205
Beverly Hills, CA 90212


GRANDSON LLC
10000 VENICE BLVD
CULVER CITY, CA 90232


Gravillis Inc
4250 Wilshire Blvd,
2nd Floor
Los Angeles, CA 90010

Gregory Forston
216 S. Oakhurst
Beverly Hills, CA 90212


Gregory P. Korn, Esq.
Kinsella Weitzman Iser Kump et al.
808 Wilshire Blvd.
3rd Floor
Santa Monica, CA 90401


Greyscale
8952 Ellis Avenue
Los Angeles, CA 90034


Guardian
PO Box 824404
Philadelphia, PA 19182


Hannah Kadadu
9135 Hazen Dr.
Beverly Hills, CA 90212


Hollywood Software
5000 Van Nuys Blvd., Suite 300
Sherman Oaks, CA 91403


In Sync Plus
3530 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90010


Int'l Alliance of Theatrical
  State Employees ("IATSE")
2210 W. Olive Avenue
Burbank, CA 91506

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit Inc.
2800 E. Commece Center Place
Tucson, AZ 85706


IPFS Corporation of California
P.O Box 100391
Pasadena, CA 91189


Isabela Chagas Levin
1774 N. Beverly Glen Blvd.
Los Angeles, CA 90077


iSpot.tv
15831 NE 8th
St #100
Bellevue, WA 98008


Jason Resnick
2810 Sunday Trail
Los Angeles, CA 90068


Jasper & James Corp
2209 5th St
Santa Monica, CA 90405


Jeffrey Elefterion
11516 Marco Place
Los Angeles, CA 90066
```

Jeffrey Zuschlag
1129 S. Oakhurst Dr., Apt 103
Los Angeles, CA 90035


Jennifer S. Goldestein, Esq.
Cypress LLP
11111 Santa Monica Blvd.
Suite 500
Los Angeles, CA 90025


Jennifer Stitz
PO Box 6322
Burbank, CA 91510


Jodi Avergun, Esq.
Cadwalader, Wickerman & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001


John Antoni, Esq.
Antoni Albus LLP
11836 W. Pico Blvd.
Los Angeles, CA 90064


John Cacavas
6551 Olympic Place
Los Angeles, CA 90035


John Guerrini, Esq.
Gaba Guerrini Law
8583 Irvine Center Drive
Suite 500
Irvine, CA 92618


Jorge Martinez
P.O Box 69632
West Hollywood, CA 90069

Jose Santillan
1501 N. Edison Blvd., Apt F
Burbank, CA 91505


Joshua L. Hedrick, Esq.
Hedrick Kring PLLC
1700 Pacific Avenue
Suite 4650
Dallas, TX 75201


Judi Becker
5633 Blanco Ave.
Woodland Hills, CA 91367


Junket Productions
5 Old Farm Ln
Hartsdale, NY 10530


Karen Fried & Associates Inc.
11619 Acama St.
Studio City, CA 91604


Katherine t. Kleindienst
Kinsella Weitzman Iser Kump et al.
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401


Keely Gillman
6147 Colgate Ave.
Los Angeles, CA 90036


Knight of The Road Productions
15 Spinnaker St., #2
Marina del Rey, CA 90292

Kyle A. Janes
14987 120th Street
Albion, IA 50005


Kyle Leonhardt
4735 Sepulveda Blvd., #427
Sherman Oaks, CA 91403


LA Messenger Inc.
13351-D Riverside Dr., #672
Sherman Oaks, CA 91423


Lawrence Piller
6608 SW 94th Circle
Ocala, FL 34481


Leanna Pilosof
24848 Wooded Vista
West Hills, CA 91307


Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Lisa Taback Consulting, Inc.
845 Via de la Paz, Suite 1
Pacific Palisades, CA 90272


Listen First Media
381 Park Avenue South
Suite 401
New York, NY 10016

Liz Biber
1719 S. Crescent Heights Blvd
Los Angeles, CA 90035


Loeb & Loeb LLP
Attn: Scott Edel
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Louis Spoto
5440 Noble Ave.
Sherman Oaks, CA 91411


Lowe & Co
29500 Heathercliff Rd, #187
Malibu, CA 90265


Lyric House, LLC
3330 Cahuenga Blvd, West
Suite 304
Los Angeles, CA 90068


MAA Releasing LLC
355 S. Grand Ave., Suite 1450
Los Angeles, CA 90071


MAA Releasing, LLC
355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071

Maddam Films (Three Seconds) Ltd
77 Fortess Road
London NW5 1AG
UNITED KINGDOM


Madman Entertainment Pty Ltd
Level 2
289 Wellington Parade South
East Melbourne, Victoria, 3002
AUSTRALIA


MALCO THEATRES
5851 Ridgeway Center Pkwy
MEMPHIS, TN 38120


Marcus Theatres Corporation
100 East Wisconsin Ave
Suite 2000
Milwaukee, WI 53202


Marketcast LLC
5900 Wilshire Blvd, 27th Fl
Los Angeles, CA 90036


Mary Navarra
592 Ramona Ave.
Staten Island, NY 10309


Mary Pickford Theatre
36850 Pickfair St
Cathedral City, CA 92234


Matthew J. Weitz, Esq.
9550 Firestone Blvd., Suite 105
Downey, CA 90241

Media Storm
P.O Box 6411
Brattleboro, VT 05302


Megaplex Theatres
9295 South Street
Sandy, UT 84070


Merlyn Hegland
2865 312th Street
Ellsworth, IA 50075


Michael  Hamilton
75 Dean Street
London W1D 3PU
UNITED KINGDOM


Microsoft
One Microsoft Way
Redmond, WA 98052


Momentous Insurance Brokerage Inc.
5990 Sepulveda Blvd., Suite 850
Van Nuys, CA 91411


Motion Picture Club
P.O Box 970
New York, NY 10185


Muir Chase Plumbing Co., Inc
4530 Brazil Street
Los Angeles, CA 90039

Museum of Modern Art
11 West 53 Street
New York, NY 10019


Nathan Hill
3260 Vail Ave
Ellsworth, IA 50075


National Amusements
846 University Avenue
PO Box 9108
Norwood, MA 02062


National Research Group
5780 W Jefferson Blvd
Los Angeles, CA 90016


Network Solutions LLC
5335 Gate Parkway
Jacksonville, FL 32256


New Jersey Dept of Labor and Work Force
Division of Employer Accounts
PO Box 059
Trenton, NJ 08646


Newhouse
9 East 19th Street, 6th Floor
New York, NY 10003


Nicholas P. Crowell
Sidley Austin LLP
787 Seventh Street
New York, NY 10019

Nicola Parish
458 1st Street, 1R
Brooklyn, NY 11215


Noble Entertainment
542 N. Irving Blvd.
Los Angeles, CA 90004


Noriva Captal LLC
477 Madison Ave., 6th Floor
Attn: Idan Shani
New York, NY 10022


NORTHGATE CINEMA, INC.
3778 Lakewood DR.
Greenfield, IN 46140


NYS Workers Compensation Board
Attn: Finance Office
328 State St Rm 331
Schenectady, NY 12305


Oculus Light Studio, LLC
5855 Green Valley Circle
Suite 306
Culver City, CA 90230


Olson Visual, Inc.
13000 Weber Way
Hawthorne, CA 90250


OnDisplay Corporation
1015 N. Orange Dr.
Los Angeles, CA 90038

One Diversified, LLC
37 Market Street
Kenilworth, NJ 07033


Pachulski Stang Ziehl & Jones
Attn: Jeremy V. Richards
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067


Pacific Design Center 1 LLC
8687 Melrose Ave. Suite P1 Parking
West Hollywood, CA 90069


Paradise Creative, LLC
6020 Washington Blvd
Culver City, CA 90232


Paul Hastings LLP
1999 Avenue of the Stars
Los Angeles, CA 90067


Penske Media Corporation
11175 Santa Monica Blvd 9th FL
Los Angeles, CA 90025


Peter Mastan, Esq.
Dinsmore & Shohl LLP
550 South Hope Street, Suite 1765
Los Angeles, CA 90071


Phase 2 Digital Cinema
P.O. Box 95000-3760
Philadelphia, PA 19195

Pixelogic Media Partners LLC
4000 W. Alameda Ave., Suite 110
Burbank, CA 91505


PR Collaborative LLC
2900 M St NW Ste 200
Washington, DC 20007


PR Newswire Association LLC
G.P.O. Box 5897
New York, NY 10087


Preston Sadleir
1400 N. Fuller, #17
Los Angeles, CA 90046


Producer WGA Pension Plan
2900 W. Alameda Ave., Suite 1100
Burbank, CA 91505


Purely Receivables Alpha Limited
37-41 Mortimer St.
London W1T 3JH
UNITED KINGDOM


Purely Receivables Alpha Limited
37-41 Mortimer St.
London W1T 3JH
UNITED KINGDOM


Purely Receivables Alpha Limited
37-41 Mortimer St.
London W1T 3JH
UNITED KINGDOM

```
Purely Receivables Alpha Limited
37-41 Mortimer St.
London W1T 3JH
UNITED KINGDOM


Purely Receivables Alpha Limited
37-41 Mortimer St.
London W1T 3JH
UNITED KINGDOM


Purely Receivables Alpha Limited
37-41 Mortimer St.
London W1T 3JH
UNITED KINGDOM


Radar Licensing LLC
108 Garfield Place, 3rd Floor
Brooklyn, NY 11212


REGAL CINEMAS Entertainment, INC.
101 E. Blount Ave
Knoxville, TN 37920


Rizza Schramm
133 S. Peck Dr., #103
Beverly Hills, CA 90212


Rodolfo Gaba, Jr., Esq.
Gaba Guerrini Law Corporation
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618


ROGUE PLANET
12959 Coral Tree Place
Los Angeles, CA 90066
```

Ryan Hastings
2540 Astral Drive
Los Angeles, CA 90046


Scott Elias Eddy
4143 NW 6 Court
Deerfield Beach, FL 33442


Scott Meide
4446-1 Hendricks Avenue
Jacksonville, FL 32207


Screen Actors Guild Awards
15821 Ventura Blvd., Suite 110
Encino, CA 91436


Screen Actors Guild Global
  Rule One ("SGA")
5757 Wilshire Blvd., 7th Floor
Los Angeles, CA 90036


Screen Engine/ASI
1925 Century Park East Suite 950
Los Angeles, CA 90067


Secretary of State
300 S. Spring Street
Los Angeles, CA 90013


Sheila Johnson
731 West Rosewood Ct.
Ontario, CA 91762

Shelly Kratzer
1002 E. Cottonwood Ct.
Ontario, CA 91761


Silver Cinemas Acquisition Co
PO Box 101874
Pasadena, CA 91189


SITO Mobile Solutions, Inc
P.O. Box 203823
Dallas, TX 75320


SSI/Advanced Post Services LLC
7165 W Sunset Blvd
West Hollywood, CA 90046


STARWORKS ARTISTS, LLC
1125 N. Fairfax Ave. #46309
West Hollywood, CA 90046


Starz Entertainment LLC
1647 Stewart Street
Santa Monica, CA 90401


State of Delaware
P.O. Box 5509
Binghamton, NY 13902-5509


Stella Creative Artists Ltd
Unit 63, Pall Mall Deposit
124-128 Barlby Road
London W10 6BL
UNITED KINGDOM

Story Fit, Inc.
3305 Steck Ave., Suite 275
AUSTIN, TX 78757


STUDIOCUT, INC.
4411 Los Feliz Blvd
Los Angeles, CA 90027


Swank Motion Picture Inc.
10795 Watson Road
Saint Louis, MO 63127


T/O Printing
7810 Solution Center
Chicago, IL 60677


Talia Sparrow
481 Henry Street, Apt 2
Brooklyn, NY 11231


Tallal, Inc.
31510 Anacapa View Drive
Malibu, CA 90265


TAO PRODUCTIONS, LLC
8721 Sunset Blvd
Penthouse 8
West Hollywood, CA 90069


Tarhan Creative Inc.
35 Market St., #6A
New York, NY 10002

Taslimi Construction Co., Inc.
1805 Colorado Avenue
Santa Monica, CA 90404


Ted Perez & Associates
641 Crestmoore Place
Venice, CA 90291


TekWorks Inc.
13000 Gregg Street
Poway, CA 92064


Terry Hines & Associates
2550 North Hollywood Way, #600
Burbank, CA 91505


THE DIRECTORS GUILD OF AMERICA
110 West 57th Street
New York, NY 10019


The Only Agency, Inc.
20 W 22nd Street
Suite 701
New York, NY 10010


THE SPECIAL TREATS PRODUCTION COMPANY LT
Grafton House 2+3
Golden Square W1F 9HR
UNITED KINGDOM


THE VISIONARIES AGENCY LLC
8447 Wilshire Blvd
Suite 100
Beverly Hills, CA 90211

THE WALL GROUP LA, LLC
1801 W. Olympic Blvd
Pasadena, CA 91199


TicktBox Enterprises LLC
7670 Opportunity Road, Suite 250
San Diego, CA 92111


Time Warner Cable
BOX 223085
Pittsburgh, PA 15251


Tracey Mattingly LLC
717 N Highland Ave
Suite 9
Los Angeles, CA 90038


TRAILER PARK, INC.
29437 Network Pl.
CHICAGO, IL 60673


U.S. Securities and Exchange Comm.
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


Universal Studios Home Entertainment LLC
10 Universal City Plaza 1440/6
Universal City, CA 91608


USA CINEMA INVESTMENTS HOLDING, INC
14951 N Dallas Pkwy, Suite 300
Dallas, TX 75254

Utopia
315 W, 39th Street
Ste 1003
New York, NY 10018


Vale Tudo Inc.
216 S. Oakhurst
Beverly Hills, CA 90212


Variety Boys & Girls Club
2530 Cincinnati St.
Los Angeles, CA 90033


Variety Club of Northern California
582 Market St Ste 101
San Francisco, CA 94104


Variety of Southern California
4601 Wilshire Blvd., Ste 260
Los Angeles, CA 90010


VIACOM INTERNATIONAL INC
PO BOX 13683
NEWARK, NJ 07188


Viacom International Inc.
1515 Broadway
New York, NY 10036


Vision Advertising, Inc.
6255 W Sunset Blvd
# 2201
Los Angeles, CA 90027

Vobile Inc.
Dept. LA 23824
Pasadena, CA 91185


Vonage
PO Box 392415
Pittsburgh, PA 15251-9415


Waggingtail Entertainment Limited
119 West 57th street, ste 400
New York, NY 10019


Washington Post
1301 K Street, NW
Washington DC, DC 20071


Will Rogers Motion Pictures Pioneer Foun
6767 Forest Lawn Drive Ste 303
Los Angeles, CA 90068


William Sadleir
9135 Hazen Dr.
Beverly Hills, CA 90212


Writers Guild of America,
   West, Inc. ("WGA")
7000 West 3rd Street
Los Angeles, CA 90048


Writers' Guild-Industry Health Fund
2900 W. Alameda Ave., Suite 1100
Burbank, CA 91505

Yvaniza Abaunza
1907 Malcolm Ave
Apt. 3
Los Angeles, CA 90025


Zachary L. Spear, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


ZAP ENTERTAINMENT CORP
6646 Hollywood Blvd
#205
Los Angeles, CA 90028


Zayo Group
1821 30th Street Unit A
Boulder, CO 80301

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Hamid R. Rafatjoo 181564**<br>**1800 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 440-4100 Fax: (310) 691-1367**<br>California State Bar Number: **181564 CA**<br>hrafatjoo@raineslaw.com | |

☑ Attorney for:

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>     **Aviron Pictures, LLC**<br>                              Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,     **Thomas J. Lynch** _____ , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *Aviron Group, LLC - 100%*

        *c/o CT Corporation System*

        *818 West Seventh Street, Suite 930*

        *Los Angeles, CA 90017*

b.       ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**September 28, 2020**

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:   **Thomas J. Lynch, Manager**

        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**