# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS**

**DEBTOR(S) INFORMATION:**
Aviron Pictures, LLC
**SSN:** N/A
**EIN:** 47–4520988

355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071

**BANKRUPTCY NO.** 2:20–bk–18814–BR
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before April 2, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: December 28, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**12 /**