United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 20-18814-BR
Aviron Pictures, LLC                                                                      Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: smilanoC          Page 1 of 7
Date Rcvd: Dec 28, 2020          Form ID: ntcpdiv          Total Noticed: 265

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aviron Pictures, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| cr | + | Adobe, Inc., Perkins Coie LLP, Amir Gamliel, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| 40491602 | + | 20th Century Fox, 10201 W. Pico Blvd, Los Angeles, CA 90064-2651 |
| 40491603 | + | 42west, LLC, 600 3rd Ave FL 23, New York, NY 10016-1914 |
| 40491604 | + | A.S.K. Film Consulting, 15 Wildflower Ct., Manalapan, NJ 07726-2860 |
| 40491605 | + | AARP, Treasury Office, 601 E St NW A8-101, Washington, DC 20049-0001 |
| 40491606 | + | ABM Parking Services, 9100 Wilshire Blvd., Suite 665E, Beverly Hills, CA 90212-3421 |
| 40491612 | + | ALLIED ADVERTISING LIMITED PARTNERSHIP, PO Box 845382, Boston, MA 02284-5382 |
| 40491615 | + | AMC Theatres, 13731 Collections Center Drive, Chicago, IL 60693-0001 |
| 40491618 | + | ARC engineering, Inc., 277 South Lake Street, Burbank, CA 91502-2111 |
| 40491625 | + | AV Squad, LP, 7750 Sunset Blvd., Los Angeles, CA 90046-3910 |
| 40491607 | + | Adrian Parks, 3700 Los Feliz Blvd., #7, Los Angeles, CA 90027-2428 |
| 40491610 | + | Alan M. Mirman, Esq., Mirman, Bubman & Nahmias, LLP, 21860 Burbank Blvd., Suite 360, Woodland Hills, CA 91367-7406 |
| 40491611 | + | Alisha C. Burgin, Esq., Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| 40491613 | | Amazon Digital Services LLC, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 40491616 | + | Angelika Film Center & Cafe, 5321 E Mockingbird Ln, Dallas, TX 75206-5185 |
| 40491617 | + | Anthem Blue Cross, PO Box 51011, Los Angeles, CA 90051-5311 |
| 40491619 | + | Arenas, 3375 Barham Blvd, Los Angeles, CA 90068-1446 |
| 40491620 | + | Armenak Kavcioglu, Esq., Raisin & Kavcioglu, 16055 Ventura Blvd., Suite 1200, Encino, CA 91436-2612 |
| 40491621 | + | Art Department LA, 2900 Colorado Avenue, Santa Monica, CA 90404-3650 |
| 40491622 | + | Ascot Limousine Service, Post Office Box 601, Beverly Hills, CA 90213-0601 |
| 40491623 | + | Assess IT, 18424 Town Harbour Rd., Cornelius, NC 28031-7777 |
| 40491624 | + | Atlas Cinemas Great Lakes Cinemas 16, 22624 Lakeshore Blvd, Euclid, OH 44123-1317 |
| 40491626 | + | Aviron 1601 LLC, CT Corporation System, 818 West Seventh Street, Suite 390, Los Angeles, CA 90017-3407 |
| 40491627 | + | Aviron 1701 LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491629 | + | Aviron 1702 LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491631 | + | Aviron 1704, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491632 | + | Aviron 1705, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491633 | + | Aviron 1706, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491634 | + | Aviron 1801, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491635 | + | Aviron Capital LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491637 | + | Aviron Group LLC, CT Corporation System, 818 West Seventh Street, Suite 390, Los Angeles, CA 90017-3407 |
| 40491641 | + | BL Entertainment Inc, c/o Gelfand Rennart & Feldman, 360 Hamilton Ave - Ste 100, White Plains, NY 10601-1847 |
| 40491638 | + | Barefoot Money Inc., 15260 Ventura Blvd, #2100, Sherman Oaks, CA 91403-5360 |
| 40491639 | + | Benarroch Productions, 775 McCarthy vista, Los Angeles, CA 90048-5352 |
| 40491640 | + | Bioworld, PO Box 674048, Dallas, TX 75267-4048 |
| 40491642 | + | Bobbie J. Wilson, Esq., Perkins Coie, 505 Howard Street, Suite 1000, San Francisco, CA 94105-3222 |
| 40491643 | + | Bond, 1157 North Highland Avenue, Los Angeles, CA 90038-1204 |
| 40491644 | + | Box, 900 Jefferson Ave., Redwood City, CA 94063-1837 |
| 40491645 | + | Brenden Theatre Corporation, 4321 W Flamingo Rd, Las Vegas, NV 89103-3903 |
| 40491647 | | British Film Institute, 21 Stephen Street, London W1T 1LN, UNITED KINGDOM |

| | | |
|---|---|---|
| 40491648 | + | Buddha Jones, 1741 Ivar Ave., Hollywood, CA 90028-5105 |
| 40491649 | + | Burnham Nationwide Inc., Dept 4680, Carol Stream, IL 60122-0001 |
| 40491650 | + | CAC Specialty, 115 Office Park Drive, Birmingham, AL 35223-2421 |
| 40491653 | ++ | CANYON DESIGN GROUP, 22815 VENTURA BLVD #325, WOODLAND HILLS CA 91364-1202 address filed with court:, Canyon Design Group, 4929 Wilshire Blvd. Suite 500, Los Angeles, CA 90010 |
| 40491651 | | Cairn Special Opportunites Credit Master, Credit Master Fund Limited, 27 Knightsbridge, Belgravia, London SW1X 7LY, UNITED KINGDOM |
| 40491652 | | Cairn Special Opportunities Credit, Master Fund Limited, 27 Knightsbridge, LONDON, GREAT BRITAIN |
| 40491654 | | Caren Limited, The White Cottage, Hammersley Lane, Penn Bucks HP10 8HB, UNITED KINGDOM |
| 40491655 | + | Casting Society of America, 1149 N Gower Street #110, Los Angeles, CA 90038-1801 |
| 40491657 | + | Cinedigm Digital Funding I, LLC, P.O. Box 100346, Pasadena, CA 91189-0003 |
| 40491658 | + | Cinemark Theatres, Attn: Gary McCain, 3900 Dallas Pkwy, Suite 500, Plano, TX 75093-7865 |
| 40491659 | + | Cinevizion LLC, 5300 Melrose Ave, Los Angeles, CA 90038-5111 |
| 40491660 | + | City of Beverly Hills, PO Box 844731, Los Angeles, CA 90084-4731 |
| 40540623 | + | Confidential Music Inc, c/o Wolf Rifkin Shapiro Schulman & Rabki, 11400 W Olympic Blvd 9th Floor, Los Angeles, CA 90064-1582 |
| 40491661 | + | Confidential Music, Inc., Attn: Kyle Bianc, 1236 Euclid Street, Apt. 105, Santa Monica, CA 90404-1041 |
| 40491662 | + | Control Air Conditioning Service Corpor, 5200 E. La Palma Ave., Anaheim, CA 92807-2019 |
| 40491663 | | Copyfree Technology Inc., 601 S. Blvd., San Gabriel, CA 91776 |
| 40491664 | | Corinthia Hotel London, 10 Whitehall Place, London SW1A 2BD, UNITED KINGDOM |
| 40491665 | + | County of Los Angeles, Office of the Assessor, 6120 Bristol Parkway, Culver City, CA 90230-6604 |
| 40491667 | + | Creative Impact Agency LLC, 2000 Avenue of The Stars # 100, Los Angeles, CA 90067-4705 |
| 40491669 | | Curzon Cinemas Ltd, 22 Stukeley St, 192-198 Vauxhall, Bridge Road 2nd Fl, London SW1V 1DX, UNITED KINGDOM |
| 40491670 | + | D Squared Films LLC, 129 S. Irving Blvd., Los Angeles, CA 90004-3808 |
| 40491675 | | DDA Public Relations, 192-198 Vauxhall Bridge Road, 2nd Floor, London SW1V 1DX, UNITED KINGDOM |
| 40491671 | + | Dave Green, 24504 Heavenly Ct, West Hills, CA 91307-3835 |
| 40491672 | + | David Dinerstein, 129 S. Irving Blvd., Los Angeles, CA 90004-3808 |
| 40491673 | + | David Hegland, 2865 312th Street, Ellsworth, IA 50075-7520 |
| 40491674 | + | Dawn Hegland, 2865 312th Street, Ellsworth, IA 50075-7520 |
| 40491676 | + | Deluxe Technicolor Digital Cinema, 300 S Flower St, Burbank, CA 91502-2103 |
| 40491677 | | Deluxe Technicolor Digital Cinema UK, 20 Dering Street, London W1S 1AJ, UNITED KINGDOM |
| 40491678 | + | Digital Cinema Distribution Coalition, 1840 Century Park E, Los Angeles, CA 90067-2101 |
| 40491679 | + | Director's Guild of America, Inc., DGA'), 7920 Sunset Blvd., Los Angeles, CA 90046-3300 |
| 40491680 | + | Dolby Laboratories, Inc., 16841 Collections Center Dr, Chicago, IL 60693-0001 |
| 40491681 | + | Douglas Emmett 2008, LLC, 1299 Ocean Ave., Suite 1000, Santa Monica, CA 90401-1063 |
| 40491682 | + | Douglas Emmett Management LLC, 808 Wilshire Blvd, Suite 200, Santa Monica, CA 90401-1889 |
| 40491683 | + | Douglas Emmett, LLC, 9100 Wilshire Blvd., Ste 665E, Beverly Hills, CA 90212-3421 |
| 40491684 | + | Douglas W. Dal Cielo, Esq., Burke, Williams & Sorensen LLP, 60 South Market Street, Suite 1000, San Jose, CA 95113-2336 |
| 40491685 | + | Drop Box, PO Box 77767, San Francisco, CA 94107-0767 |
| 40491686 | + | Eduard Chugunov, 22814 Avenue San Luis, Woodland Hills, CA 91364-2823 |
| 40491687 | | Elevation Pictures Corp., Suite 300, 166 Pearl Street, Toronto, Ontario ONM5H1L, Canada |
| 40491689 | + | Endeavor Content, 9560 Wilshire Blvd., Beverly Hills, CA 90212-2427 |
| 40491690 | + | Entertainment Partners LLC, 2950 N. Hollywood Way, Burbank, CA 91505-1072 |
| 40491691 | #+ | Exclusive Artist Management, 7700 W Sunset Blvd # 205, Los Angeles, CA 90046-3913 |
| 40491601 | + | FACEBYTRACE, 12147 Morrison Street, Valley Village, CA 91607-3624 |
| 40491695 | + | FKA Studio Inc., 5976 Washington Blvd., Culver City, CA 90232-7325 |
| 40491692 | + | Farrell Ingle, 1039 Elkgrove Ave #1, Venice, CA 90291-5876 |
| 40491693 | + | FedEx, P.O. Box 7221, Pasadena, CA 91109-7321 |
| 40491694 | + | File Keepers LLC, 6277 East Slauson Ave, Commerce, CA 90040-3011 |
| 40491696 | + | Focus Advisory Services LLC, 11500 Olympic Blvd., Suite 400, Los Angeles, CA 90064-1525 |
| 40491697 | + | Forward Artists LLC, 7080 Hollywood Blvd # 902, Los Angeles, CA 90028-6959 |
| 40491698 | + | Foto-Kem, 2801 W. Alameda Ave., Burbank, CA 91505-4405 |
| 40491699 | + | Four Seasons Hotel, Los Angeles at Bever, 300 South Doheny Drive, Los Angeles, CA 90048-3704 |
| 40491702 | + | Francois Martin, 50 West St., New York, NY 10006-2900 |
| 40491703 | + | Frayed Pages Inc., 11400 W. Olympic Blvd.,, Ste 590, Los Angeles, CA 90064-1574 |
| 40491704 | + | GDC Digital Cinema Network (USA), LLC, 1016 W Magnolia Blvd, Burbank, CA 91506-1607 |
| 40491708 | + | GRANDSON LLC, 10000 VENICE BLVD, CULVER CITY, CA 90232-2720 |
| 40491705 | + | George's Garden, C/O: Jorge Martinez, P.O. Box 69632, West Hollywood, CA 90069-0632 |
| 40491706 | + | Global Entertainment Security, Inc, 3625 E Thousand Oaks Blvd, Westlake Village, CA 91362-3565 |
| 40491707 | + | Grace PR, Inc., 2450 Colorado Avenue, Ste 100E, Santa Monica, CA 90404-5535 |
| 40491709 | + | Gravillis Inc, 4250 Wilshire Blvd,, 2nd Floor, Los Angeles, CA 90010-3508 |
| 40491710 | + | Gregory Forston, 216 S. Oakhurst, Beverly Hills, CA 90212-3504 |
| 40491711 | + | Gregory P. Korn, Esq., Kinsella Weitzman Iser Kump et al., 808 Wilshire Blvd., 3rd Floor, Santa Monica, CA 90401-1889 |
| 40491712 | + | Greyscale, 8952 Ellis Avenue, Los Angeles, CA 90034-3302 |

| | | |
|---|---|---|
| District/off: 0973-2 | User: smilanoC | Page 3 of 7 |
| Date Rcvd: Dec 28, 2020 | Form ID: ntcpdiv | Total Noticed: 265 |

| | | |
|---|---|---|
| 40491713 | + | Guardian, PO Box 824404, Philadelphia, PA 19182-4404 |
| 40491714 | + | Hannah Kadadu, 9135 Hazen Dr., Beverly Hills, CA 90210-1825 |
| 40491715 | + | Hollywood Software, 5000 Van Nuys Blvd., Suite 300, Sherman Oaks, CA 91403-1784 |
| 40491720 | + | IPFS Corporation of California, P.O Box 100391, Pasadena, CA 91189-0003 |
| 40491716 | + | In Sync Plus, 3530 Wilshire Blvd., Suite 1500, Los Angeles, CA 90010-2342 |
| 40491717 | + | Int'l Alliance of Theatrical, State Employees ('IATSE'), 2210 W. Olive Avenue, Burbank, CA 91506-2626 |
| 40491719 | + | Intuit Inc., 2800 E. Commece Center Place, Tucson, AZ 85706-4560 |
| 40491721 | + | Isabela Chagas Levin, 1774 N. Beverly Glen Blvd., Los Angeles, CA 90077-2710 |
| 40491723 | + | Jason Resnick, 2810 Sunday Trail, Los Angeles, CA 90068-2050 |
| 40491724 | + | Jasper & James Corp, 2209 5th St, Santa Monica, CA 90405-2401 |
| 40491725 | + | Jeffrey Elefterion, 11516 Marco Place, Los Angeles, CA 90066-2140 |
| 40491726 | + | Jeffrey Zuschlag, 1129 S. Oakhurst Dr., Apt 103, Los Angeles, CA 90035-1342 |
| 40491727 | + | Jennifer S. Goldestein, Esq., Cypress LLP, 11111 Santa Monica Blvd., Suite 500, Los Angeles, CA 90025-3339 |
| 40491728 | + | Jennifer Stitz, PO Box 6322, Burbank, CA 91510-6322 |
| 40491729 | + | Jodi Avergun, Esq., Cadwalader, Wickerman & Taft LLP, 700 Sixth Street, N.W., Washington, DC 20001-5538 |
| 40491730 | + | John Antoni, Esq., Antoni Albus LLP, 11836 W. Pico Blvd., Los Angeles, CA 90064-1311 |
| 40491731 | + | John Cacavas, 6551 Olympic Place, Los Angeles, CA 90035-2526 |
| 40491732 | + | John Guerrini, Esq., Gaba Guerrini Law, 8583 Irvine Center Drive, Suite 500, Irvine, CA 92618-4298 |
| 40491733 | + | Jorge Martinez, P.O Box 69632, West Hollywood, CA 90069-0632 |
| 40491734 | #+ | Jose Santillan, 1501 N. Edison Blvd., Apt F, Burbank, CA 91505-1862 |
| 40491735 | + | Joshua L. Hedrick, Esq., Hedrick Kring PLLC, 1700 Pacific Avenue, Suite 4650, Dallas, TX 75201-4684 |
| 40491736 | + | Judi Becker, 5633 Blanco Ave., Woodland Hills, CA 91367-4008 |
| 40491737 | + | Junket Productions, 5 Old Farm Ln, Hartsdale, NY 10530-2204 |
| 40491738 | + | Karen Fried & Associates Inc., 11619 Acama St., Studio City, CA 91604-2905 |
| 40491739 | + | Katherine t. Kleindienst, Kinsella Weitzman Iser Kump et al., 808 Wilshire Blvd., 3rd Floor, Santa Monica, CA 90401-1889 |
| 40491740 | + | Keely Gillman, 6147 Colgate Ave., Los Angeles, CA 90036-3106 |
| 40491741 | + | Knight of The Road Productions, 15 Spinnaker St., #2, Marina del Rey, CA 90292-7173 |
| 40491742 | | Kyle A. Janes, 14987 120th Street, Albion, IA 50005 |
| 40491743 | + | Kyle Leonhardt, 4735 Sepulveda Blvd., #427, Sherman Oaks, CA 91403-5425 |
| 40491744 | + | LA Messenger Inc., 13351-D Riverside Dr., #672, Sherman Oaks, CA 91423-2542 |
| 40491745 | + | Lawrence Piller, 6608 SW 94th Circle, Ocala, FL 34481-2628 |
| 40491746 | + | Leanna Pilosof, 24848 Wooded Vista, West Hills, CA 91307-2760 |
| 40491747 | + | Levene, Neale, Bender, Yoo & Brill LLP, 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067-6253 |
| 40491748 | + | Lisa Taback Consulting, Inc., 845 Via de la Paz, Suite 1, Pacific Palisades, CA 90272-3640 |
| 40491749 | + | Listen First Media, 381 Park Avenue South, Suite 401, New York, NY 10016-8830 |
| 40491750 | + | Liz Biber, 1719 S. Crescent Heights Blvd., Los Angeles, CA 90035-4614 |
| 40491751 | + | Loeb & Loeb LLP, Attn: Scott Edel, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120 |
| 40491753 | + | Louis Spoto, 5440 Noble Ave., Sherman Oaks, CA 91411-3518 |
| 40491755 | + | Lyric House, LLC, 3330 Cahuenga Blvd, West, Suite 304, Los Angeles, CA 90068-1309 |
| 40491756 | + | MAA Releasing LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491760 | + | MALCO THEATRES, 5851 Ridgeway Center Pkwy, MEMPHIS, TN 38120-4035 |
| 40491758 | | Maddam Films (Three Seconds) Ltd, 77 Fortess Road, London NW5 1AG, UNITED KINGDOM |
| 40491759 | | Madman Entertainment Pty Ltd, Level 2, 289 Wellington Parade South, East Melbourne, Victoria, 3002, AUSTRALIA |
| 40491761 | + | Marcus Theatres Corporation, 100 East Wisconsin Ave, Suite 2000, Milwaukee, WI 53202-4130 |
| 40491762 | + | Marketcast LLC, 5900 Wilshire Blvd, 27th Fl, Los Angeles, CA 90036-5040 |
| 40491763 | + | Mary Navarra, 592 Ramona Ave., Staten Island, NY 10309-2223 |
| 40491764 | + | Mary Pickford Theatre, 36850 Pickfair St, Cathedral City, CA 92234-1325 |
| 40491765 | + | Matthew J. Weitz, Esq., 9550 Firestone Blvd., Suite 105, Downey, CA 90241-5560 |
| 40491766 | + | Media Storm, P.O Box 6411, Brattleboro, VT 05302-6411 |
| 40491767 | | Megaplex Theatres, 9295 South Street, Sandy, UT 84070 |
| 40491768 | + | Merlyn Hegland, 2865 312th Street, Ellsworth, IA 50075-7520 |
| 40491769 | | Michael Hamilton, 75 Dean Street, London W1D 3PU, UNITED KINGDOM |
| 40491770 | + | Microsoft, One Microsoft Way, Redmond, WA 98052-8300 |
| 40491771 | + | Momentous Insurance Brokerage Inc., 5990 Sepulveda Blvd., Suite 850, Van Nuys, CA 91411-2536 |
| 40491772 | + | Motion Picture Club, P.O Box 970, New York, NY 10185-0970 |
| 40491773 | + | Muir Chase Plumbing Co., Inc, 4530 Brazil Street, Los Angeles, CA 90039-1000 |
| 40491774 | + | Museum of Modern Art, 11 West 53 Street, New York, NY 10019-5497 |
| 40491785 | + | NORTHGATE CINEMA, INC., 3778 Lakewood DR., Greenfield, IN 46140-8737 |
| 40491786 | + | NYS Workers Compensation Board, Attn: Finance Office, 328 State St Rm 331, Schenectady, NY 12305-3201 |
| 40491775 | + | Nathan Hill, 3260 Vail Ave, Ellsworth, IA 50075-7567 |
| 40491776 | + | National Amusements, 846 University Avenue, PO Box 9108, Norwood, MA 02062-9108 |
| 40491777 | + | National Research Group, 5780 W Jefferson Blvd, Los Angeles, CA 90016-3107 |
| 40491778 | + | Network Solutions LLC, 5335 Gate Parkway, Jacksonville, FL 32256-3070 |

| | | |
|---|---|---|
| 40491779 | + | New Jersey Dept of Labor and Work Force, Division of Employer Accounts, PO Box 059, Trenton, NJ 08646-0001 |
| 40491780 | + | Newhouse, 9 East 19th Street, 6th Floor, New York, NY 10003-1105 |
| 40491781 | + | Nicholas P. Crowell, Sidley Austin LLP, 787 Seventh Street, New York, NY 10019-6088 |
| 40491782 | + | Nicola Parish, 458 1st Street, 1R, Brooklyn, NY 11215-2656 |
| 40491783 | + | Noble Entertainment, 542 N. Irving Blvd., Los Angeles, CA 90004-1407 |
| 40491784 | + | Noriva Captal LLC, 477 Madison Ave., 6th Floor, Attn: Idan Shani, New York, NY 10022-5827 |
| 40491787 | + | Oculus Light Studio, LLC, 5855 Green Valley Circle, Suite 306, Culver City, CA 90230-6974 |
| 40491788 | + | Olson Visual, Inc., 13000 Weber Way, Hawthorne, CA 90250-5541 |
| 40491790 | + | One Diversified, LLC, 37 Market Street, Kenilworth, NJ 07033-1761 |
| 40491799 | + | PR Collaborative LLC, 2900 M St NW Ste 200, Washington, DC 20007-3762 |
| 40491791 | + | Pachulski Stang Ziehl & Jones, Attn: Jeremy V. Richards, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| 40491792 | + | Pacific Design Center 1 LLC, 8687 Melrose Ave. Suite P1 Parking, West Hollywood, CA 90069-5781 |
| 40491793 | + | Paradise Creative, LLC, 6020 Washington Blvd, Culver City, CA 90232-7475 |
| 40491794 | + | Paul Hastings LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067-4605 |
| 40491795 | + | Penske Media Corporation, 11175 Santa Monica Blvd 9th FL, Los Angeles, CA 90025-3368 |
| 40491796 | + | Peter Mastan, Esq., Dinsmore & Shohl LLP, 550 South Hope Street, Suite 1765, Los Angeles, CA 90071-2669 |
| 40491797 | + | Phase 2 Digital Cinema, P.O. Box 95000-3760, Philadelphia, PA 19195-0001 |
| 40491798 | + | Pixelogic Media Partners LLC, 4000 W. Alameda Ave., Suite 110, Burbank, CA 91505-4341 |
| 40491801 | + | Preston Sadleir, 1400 N. Fuller, #17, Los Angeles, CA 90046-4792 |
| 40491802 | + | Producer WGA Pension Plan, 2900 W. Alameda Ave., Suite 1100, Burbank, CA 91505-4267 |
| 40491803 | | Purely Receivables Alpha Limited, 37-41 Mortimer St., London W1T 3JH, UNITED KINGDOM |
| 40491810 | + | REGAL CINEMAS Entertainment, INC., 101 E. Blount Ave, Knoxville, TN 37920-1605 |
| 40491813 | #+ | ROGUE PLANET, 12959 Coral Tree Place, Los Angeles, CA 90066-7020 |
| 40491809 | + | Radar Licensing LLC, 108 Garfield Place, 3rd Floor, Brooklyn, NY 11215-2003 |
| 40491811 | + | Rizza Schramm, 133 S. Peck Dr., #103, Beverly Hills, CA 90212-2359 |
| 40491812 | + | Rodolfo Gaba, Jr., Esq., Gaba Guerrini Law Corporation, 8583 Irvine Center Drive, Suite 500, Irvine, CA 92618-4298 |
| 40491814 | + | Ryan Hastings, 2540 Astral Drive, Los Angeles, CA 90046-1706 |
| 40491824 | + | SITO Mobile Solutions, Inc, P.O. Box 203823, Dallas, TX 75320-3823 |
| 40491825 | + | SSI/Advanced Post Services LLC, 7165 W Sunset Blvd, West Hollywood, CA 90046-4417 |
| 40491826 | + | STARWORKS ARTISTS, LLC, 1125 N. Fairfax Ave. #46309, West Hollywood, CA 90046-8718 |
| 40491831 | + | STUDIOCUT, INC., 4411 Los Feliz Blvd, Los Angeles, CA 90027-2162 |
| 40491815 | + | Scott Elias Eddy, 4143 NW 6 Court, Deerfield Beach, FL 33442-7314 |
| 40491816 | + | Scott Meide, 4446-1 Hendricks Avenue, Jacksonville, FL 32207-6345 |
| 40491817 | + | Screen Actors Guild Awards, 15821 Ventura Blvd., Suite 110, Encino, CA 91436-5204 |
| 40491818 | + | Screen Actors Guild Global, Rule One ('SGA'), 5757 Wilshire Blvd., 7th Floor, Los Angeles, CA 90036-3681 |
| 40491819 | + | Screen Engine/ASI, 1925 Century Park East Suite 950, Los Angeles, CA 90067-2728 |
| 40491820 | + | Secretary of State, 300 S. Spring Street, Los Angeles, CA 90013-1230 |
| 40491821 | + | Sheila Johnson, 731 West Rosewood Ct., Ontario, CA 91762-1830 |
| 40491822 | + | Shelly Kratzer, 1002 E. Cottonwood Ct., Ontario, CA 91761-6839 |
| 40491823 | + | Silver Cinemas Acquisition Co, PO Box 101874, Pasadena, CA 91189-0056 |
| 40491827 | + | Starz Entertainment LLC, 1647 Stewart Street, Santa Monica, CA 90404-4019 |
| 40491828 | | State of Delaware, P.O. Box 5509, Binghamton, NY 13902-5509 |
| 40491829 | | Stella Creative Artists Ltd, Unit 63, Pall Mall Deposit, 124-128 Barlby Road, London W10 6BL, UNITED KINGDOM |
| 40491830 | + | Story Fit, Inc., 3305 Steck Ave., Suite 275, AUSTIN, TX 78757-8154 |
| 40491832 | + | Swank Motion Picture Inc., 10795 Watson Road, Saint Louis, MO 63127-1048 |
| 40491833 | + | T/O Printing, 7810 Solution Center, Chicago, IL 60677-0001 |
| 40491836 | #+ | TAO PRODUCTIONS, LLC, 8721 Sunset Blvd, Penthouse 8, West Hollywood, CA 90069-2273 |
| 40491842 | + | THE DIRECTORS GUILD OF AMERICA, 110 West 57th Street, New York, NY 10019-3385 |
| 40491844 | | THE SPECIAL TREATS PRODUCTION COMPANY LT, Grafton House 2+3, Golden Square W1F 9HR, UNITED KINGDOM |
| 40491845 | + | THE VISIONARIES AGENCY LLC, 8447 Wilshire Blvd, Suite 100, Beverly Hills, CA 90211-3228 |
| 40491846 | + | THE WALL GROUP LA, LLC, 1801 W. Olympic Blvd, Pasadena, CA 91199-0001 |
| 40491850 | + | TRAILER PARK, INC., 29437 Network Pl., CHICAGO, IL 60673-1294 |
| 40491834 | + | Talia Sparrow, 481 Henry Street, Apt 2, Brooklyn, NY 11231-5248 |
| 40491835 | + | Tallal, Inc., 31510 Anacapa View Drive, Malibu, CA 90265-2615 |
| 40491837 | + | Tarhan Creative Inc., 35 Market St., #6A, New York, NY 10002-6850 |
| 40491838 | + | Taslimi Construction Co., Inc., 1805 Colorado Avenue, Santa Monica, CA 90404-3411 |
| 40491839 | + | Ted Perez & Associates, 641 Crestmoore Place, Venice, CA 90291-4814 |
| 40491840 | + | TekWorks Inc., 13000 Gregg Street, Poway, CA 92064-7151 |
| 40491841 | + | Terry Hines & Associates, 2550 North Hollywood Way, #600, Burbank, CA 91505-5024 |
| 40491843 | + | The Only Agency, Inc., 20 W 22nd Street, Suite 701, New York, NY 10010-5800 |
| 40491847 | + | TicktBox Enterprises LLC, 7670 Opportunity Road, Suite 250, San Diego, CA 92111-2272 |
| 40491848 | + | Time Warner Cable, BOX 223085, Pittsburgh, PA 15251-2085 |
| 40491849 | #+ | Tracey Mattingly LLC, 717 N Highland Ave, Suite 9, Los Angeles, CA 90038-3444 |

Case 2:20-bk-18814-BR    Doc 13    Filed 12/30/20    Entered 12/30/20 21:39:04    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0973-2 | User: smilanoC | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 28, 2020 | Form ID: ntcpdiv | Total Noticed: 265 |

| | | |
|---|---|---|
| 40491851 | + | U.S. Securities and Exchange Comm., Attn: Bankruptcy Counsel, 444 South Flower Street, Suite 900, Los Angeles, CA 90071-2934 |
| 40491853 | + | USA CINEMA INVESTMENTS HOLDING, INC, 14951 N Dallas Pkwy, Suite 300, Dallas, TX 75254-6856 |
| 40491852 | | Universal Studios Home Entertainment LLC, 10 Universal City Plaza 1440/6, Universal City, CA 91608 |
| 40491854 | + | Utopia, 315 W, 39th Street, Ste 1003, New York, NY 10018-1457 |
| 40491859 | + | VIACOM INTERNATIONAL INC, PO BOX 13683, NEWARK, NJ 07188-3683 |
| 40491855 | + | Vale Tudo Inc., 216 S. Oakhurst, Beverly Hills, CA 90212-3504 |
| 40491856 | + | Variety Boys & Girls Club, 2530 Cincinnati St., Los Angeles, CA 90033-3099 |
| 40491857 | + | Variety Club of Northern California, 582 Market St Ste 101, San Francisco, CA 94104-5302 |
| 40491858 | + | Variety of Southern California, 4601 Wilshire Blvd., Ste 260, Los Angeles, CA 90010-3883 |
| 40491860 | + | Viacom International Inc., 1515 Broadway, New York, NY 10036-8901 |
| 40491861 | + | Vision Advertising, Inc., 6255 W Sunset Blvd, # 2201, Los Angeles, CA 90028-7461 |
| 40491862 | + | Vobile Inc., Dept. LA 23824, Pasadena, CA 91185-0001 |
| 40491863 | | Vonage, PO Box 392415, Pittsburgh, PA 15251-9415 |
| 40491864 | + | Waggingtail Entertainment Limited, 119 West 57th street, ste 400, New York, NY 10019-2302 |
| 40491865 | + | Washington Post, 1301 K Street, NW, Washington DC, DC 20071-0004 |
| 40491866 | + | Will Rogers Motion Pictures Pioneer Foun, 6767 Forest Lawn Drive Ste 303, Los Angeles, CA 90068-1052 |
| 40491867 | + | William Sadleir, 9135 Hazen Dr., Beverly Hills, CA 90210-1825 |
| 40491868 | + | Writers Guild of America,, West, Inc. ('WGA'), 7000 West 3rd Street, Los Angeles, CA 90048-4321 |
| 40491869 | + | Writers' Guild-Industry Health Fund, 2900 W. Alameda Ave., Suite 1100, Burbank, CA 91505-4267 |
| 40491870 | #+ | Yvaniza Abaunza, 1907 Malcolm Ave, Apt. 3, Los Angeles, CA 90025-4743 |
| 40491872 | + | ZAP ENTERTAINMENT CORP, 6646 Hollywood Blvd, #205, Los Angeles, CA 90028-6231 |
| 40491871 | + | Zachary L. Spear, Esq., Buchalter, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-1730 |
| 40491873 | + | Zayo Group, 1821 30th Street Unit A, Boulder, CO 80301-1075 |
| 40491722 | + | iSpot.tv, 15831 NE 8th, St #100, Bellevue, WA 98008-3916 |

TOTAL: 252

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Dec 29 2020 06:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Dec 29 2020 06:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Dec 29 2020 03:47:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40491653 | Email/Text: jeffk@canyondesigngroup.com | Dec 29 2020 03:49:00 | Canyon Design Group, 4929 Wilshire Blvd. Suite 500, Los Angeles, CA 90010 |
| 40491668 | + Email/Text: cls-bankruptcy@wolterskluwer.com | Dec 29 2020 03:52:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 40491688 | EDI: EDD.COM | Dec 29 2020 06:33:00 | Employment Development Department, Bankruptcy Group MIC 92E, Sacramento, CA 94280-0001 |
| 40491701 | EDI: CALTAX.COM | Dec 29 2020 06:33:00 | Franchise Tax Board, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40491700 | EDI: CALTAX.COM | Dec 29 2020 06:33:00 | Franchise Tax Board, P.O. Box 942857, Sacramento, CA 94257-0531 |
| 40491718 | EDI: IRS.COM | Dec 29 2020 06:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 40491656 | EDI: JPMORGANCHASE | Dec 29 2020 06:33:00 | Chase Cardmember Service, PO Box 6294, Carol Stream, IL 60197-6294 |
| 40505803 | Email/Text: bankruptcy@ttc.lacounty.gov | Dec 29 2020 03:48:00 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR, PO BOX 54110, LOS ANGELES, CA 90054-0110 |
| 40491752 | Email/Text: bankruptcy@ttc.lacounty.gov | Dec 29 2020 03:48:00 | Los Angeles County Tax Collector, PO Box 54110, Los Angeles, CA 90054-0110 |

| 40491600 | + | Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | | |
| | | | Dec 29 2020 03:50:00 | Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017-3560 |
| 40491800 | + | Email/Text: jay.gerber@prnewswire.com | | |
| | | | Dec 29 2020 03:51:00 | PR Newswire Association LLC, G.P.O. Box 5897, New York, NY 10087-5897 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | *+ | Grace PR, Inc., 2450 Colorado Ave, Ste. 100E, Santa Monica, CA 90404-5535 |
| 40491614 | * | Amazon Digital Services LLC, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 40491628 | *+ | Aviron 1701, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491630 | *+ | Aviron 1702, LLC, 355 S. Grand Ave., Suite 1450, Los Angeles, CA 90071-3152 |
| 40491636 | *+ | Aviron Capital, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491757 | *+ | MAA Releasing, LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40491804 | * | Purely Receivables Alpha Limited, 37-41 Mortimer St., London W1T 3JH, UNITED KINGDOM |
| 40491805 | * | Purely Receivables Alpha Limited, 37-41 Mortimer St., London W1T 3JH, UNITED KINGDOM |
| 40491806 | * | Purely Receivables Alpha Limited, 37-41 Mortimer St., London W1T 3JH, UNITED KINGDOM |
| 40491807 | * | Purely Receivables Alpha Limited, 37-41 Mortimer St., London W1T 3JH, UNITED KINGDOM |
| 40491808 | * | Purely Receivables Alpha Limited, 37-41 Mortimer St., London W1T 3JH, UNITED KINGDOM |
| 40491608 | ##+ | After Productions LLC, 844 Seward St,, First Floor, Los Angeles, CA 90038-3602 |
| 40491609 | ## | Alamo South Lamar LP, 612A East 6th Street, Austin, TX 78701 |
| 40491646 | ##+ | Brigade Marketing, LLC, 116 W 23rd St FL 5, New York, NY 10011-2599 |
| 40491666 | ##+ | Create Advertising Group, LLC, 6022 Washington Blvd., Culver City, CA 90232-7475 |
| 40491754 | ##+ | Lowe & Co, 29500 Heathercliff Rd, #187, Malibu, CA 90265-6187 |
| 40491789 | ##+ | OnDisplay Corporation, 1015 N. Orange Dr., Los Angeles, CA 90038-2317 |

TOTAL: 1 Undeliverable, 11 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amir Gamliel | on behalf of Creditor Adobe Inc. amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com |
| David M Goodrich (TR) | dgoodrich@wgllp.com c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com |
| Hamid R Rafatjoo | on behalf of Debtor Aviron Pictures LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Ian C Grady | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: smilanoC | Page 7 of 7 |
| Date Rcvd: Dec 28, 2020 | Form ID: ntcpdiv | Total Noticed: 265 |

on behalf of Interested Party Courtesy NEF igrady@soollp.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Aviron Pictures, LLC
**SSN:** N/A
**EIN:** 47−4520988

355 S. Grand Avenue
Suite 1450
Los Angeles, CA 90071

**BANKRUPTCY NO.** 2:20−bk−18814−BR
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before April 2, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: December 28, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**12 /**